AO 121 (Rev. 06/16)

| TO: | REPORT ON THE |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. | DATE FILED |

| PLAINTIFF | DEFENDANT |
|---|---|
| | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**DISTRIBUTION:**  1) Upon initiation of action, mail copy to Register of Copyrights    2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights    3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court          5) Case File Copy

Exhibit 1

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-376-032**

**Effective Date of Registration:**
October 23, 2023
**Registration Decision Date:**
December 21, 2023

---

### Title

Title of Work: Interesting Relationships

### Completion/Publication

Year of Completion: 2017
Date of 1st Publication: November 07, 2017
Nation of 1st Publication: Australia

### Author

- Author: Sally Walsh
  Pseudonym: Sillier Than Sally
  Author Created: 2-D artwork
  Citizen of: Australia
  Pseudonymous: Yes

### Copyright Claimant

Copyright Claimant: Sally Walsh
40 Dumbarton Place, Engadine, NSW, Sydney, 2233, Australia

### Rights and Permissions

Name: Sally Walsh
Email: sally@sillierthansally.com
Address: 40 Dumbarton Place
Engadine, NSW
Sydney 2233 Australia

### Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-377-711

**Effective Date of Registration:**
October 23, 2023

**Registration Decision Date:**
January 08, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Dragonfly & Dandelion |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | November 20, 2015 |
| **Nation of 1st Publication:** | Australia |

## Author

| | |
|---|---|
| **Author:** | Sally Walsh |
| **Pseudonym:** | Sillier Than Sally |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Australia |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Sally Walsh |
| | 40 Dumbarton Place, Engadine, NSW, Sydney, 2233, Australia |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Sally Walsh |
| **Email:** | sally@sillierthansally.com |
| **Address:** | 40 Dumbarton Place |
| | Engadine, NSW |
| | Sydney 2233 Australia |

## Certification

Page 1 of 2



## Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-376-025**

**Effective Date of Registration:**
October 23, 2023
**Registration Decision Date:**
December 21, 2023

---

### Title

| | |
|---|---|
| Title of Work: | Little Miss Bunny |

### Completion/Publication

| | |
|---|---|
| Year of Completion: | 2019 |
| Date of 1st Publication: | July 03, 2019 |
| Nation of 1st Publication: | Australia |

### Author

| | |
|---|---|
| Author: | Sally Walsh |
| Pseudonym: | Sillier Than Sally |
| Author Created: | 2-D artwork |
| Citizen of: | Australia |
| Pseudonymous: | Yes |

### Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Sally Walsh |
| | 40 Dumbarton Place, Engadine, NSW, Sydney, 2233, Australia |

### Rights and Permissions

| | |
|---|---|
| Name: | Sally Walsh |
| Email: | sally@sillierthansally.com |
| Address: | 40 Dumbarton Place |
| | Engadine, NSW |
| | Sydney 2233 Australia |

### Certification

Page 1 of 2

