**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Sally Walsh

                              Plaintiff,

v.
                                         Case No.:
                                         1:26–cv–06675
                                         Honorable Mary M.
                                         Rowland

The Partnerships and Unincorporated Associations
Identified on Schedule A

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 8, 2026:

      MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's motions to file under seal and to file excess pages [13][14] are granted. The Court also allows plaintiff to engage in expedited discovery. Plaintiff's motion for entry of TRO and for service by email and/or electronic publication [15] is DENIED. In Kangol LLC v. Hangzhou Chuanyue Silk Imp. & Exp. Co., 2026 WL 1502198, at *5 (7th Cir. May 29, 2026), the Court found that "[t]he [Hague] Convention's text and structure demonstrate that, where it applies, it provides the permissible means of service and excludes all others. And because no provision of the Convention authorizes service by email in China, such service violates the Convention and Rule 4(f)(3)."; The Court grounded its holding in the Convention's exclusivity and concluded that the Convention "creates a closed universe" Plaintiff "has good cause to suspect the registrants of the respective Defendant Internet Stores are all residents of China" [16 at 25] but fails to address Kangol. Plaintiff shall file a status report or a revised motion by 7/6/26. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.