## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Sally Walsh v. The Partnerships et al.

Case Number: 26-cv-6675

An appearance is hereby filed by the undersigned as attorney for: hippiesale.com (Def. 12)

Attorney name (type or print): Michael T. Griggs

Firm: Boyle Fredrickson, S.C.

Street address: 840 N. Plankinton Ave.

City/State/Zip: Milwaukee, Wisconsin 53203

Bar ID Number: IL 6280132
(See item 3 in instructions)

Telephone Number: 414-225-6311

Email Address: mtg@boylefred.com

Are you acting as lead counsel in this case?    x Yes   ☐ No

Are you a member of the court's general bar?    x Yes   ☐ No

Are you a member of the court's trial bar?    x Yes   ☐ No

Are you appearing *pro hac vice*?    ☐ Yes   x No

If this case reaches trial, will you act as the trial attorney?    x Yes   ☐ No

If this is a criminal case, check your status.    ☐ Retained Counsel

☐ Appointed Counsel
    If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 6/10/2026

Attorney signature:    S/ Michael T. Griggs
       (Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023