**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SALLY WALSH,

      Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-06675

Judge Mary M. Rowland

Magistrate Judge Albert Berry, III

**PLAINTIFF'S STATUS REPORT**

Pursuant to Minute Entry Order [18], Plaintiff, SALLY WALSH ("Plaintiff"), files this status report solely on behalf of Plaintiff.

On June 8, 2026, this Court entered Minute Entry Order [18] directing Plaintiff to file a renewed motion for a temporary restraining order and electronic service of process, addressing the applicability of the Hague Convention as discussed in *Kangol LLC v. Hangzhou Chuanyue Silk Import & Export Co., Ltd.*, No. 25-2205 (7th. Cir. May 29, 2026), by July 6, 2026. Plaintiff is currently investigating the Defendants' addresses. Plaintiff requires additional time to complete the search and then the analysis necessary to address the Court's inquiry. Plaintiff therefore requests that the Court grant Plaintiff an additional thirty (30) days to file her renewed motion, until August 6, 2026.

DATED: July 6, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ *Keith A. Vogt*
Keith A. Vogt, Esq.

3