**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SALLY WALSH,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:26-cv-06675

Judge Mary M. Rowland

Magistrate Judge Albert Berry, III

**SUPPLEMENTAL INFORMATION PURSUANT TO MINUTE ENTRY ORDER [22]**

Pursuant to Minute Entry Order [22], Plaintiff, SALLY WALSH ("Plaintiff"), hereby files proof of personal jurisdiction as to all Defendants, attached as **Exhibit 1**. Each Defendant has accepted and processed at least one order of the infringing products from customers located in Illinois. These purchase receipts demonstrate each defendant's purposeful availment of the Illinois market and establish a concrete basis for the exercise of personal jurisdiction over each Defendant.

DATED: July 6, 2026     Respectfully submitted,

           */s/ Keith A. Vogt*
           Keith A. Vogt
           FL Bar No. 1036084/IL Bar No. 6207971
           Keith A. Vogt PLLC
           1820 NE 163rd Street, Suite #306
           North Miami Beach, Florida 33162
           Telephone: 312-971-6752
           E-mail: keith@vogtip.com

           **ATTORNEY FOR PLAINTIFF**

2

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 6, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ *Keith A. Vogt*
Keith A. Vogt, Esq.