Exhibit 1

**001 naturocraftshop.com**

Case: 1:26-cv-06675 Document #: 24-1 Filed: 07/06/26 Page 2 of 51 PageID #:146

 **深圳市红鸢电子商务有限公司**
26 March 2026 . Payment

**−$39.79 USD**

**Paid with**

(VISA Prepaid Card x-████
You'll see "PAYPAL
*HONGYUANDIABMY8" on
your card statement.

$39.79 USD

**Seller info**

深圳市红鸢电子商务有限公司
415-702-8790
**nadonoshop@gmail.com**

**Invoice ID**

642435-NC00052098

**Ship to**

████████
1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

**Order summary**

 Women's Casual
Watercolor Dragonfly
Cotton Blend Print T-shirt /
Beige-S
Product ID: YN-Beige-S-
A001156061

$30.79 USD

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

4PJ99066JT349010Y

| Shipping | **$9.00 USD** |
|---|---|
| Total | **$39.79 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may
be **eligible for purchase protection**

**002 hokykm.com**

 **深圳市红鸢电子商务有限公司**
26 March 2026 . Payment

**−$42.87 USD**

**Paid with**

███████ (VISA Prepaid Card x-████ You'll see "PAYPAL *HONGYUANDIABMY8" on your card statement.

$42.87 USD

**Ship to**

███████
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

9R734358N9488462U

**Seller info**

深圳市红鸢电子商务有限公司
415-702-8790
**nadonoshop@gmail.com**

**Invoice ID**

1755534197729259342723

**Order summary**

 Women's Casual Watercolor Dragonfly Cotton Blend Print T-shirt / Beige-S
Product ID: ZD4106-Beige-S

$30.79 USD

| | |
|---|---|
| Shipping | **$9.00 USD** |
| Tax | **$3.08 USD** |
| **Total** | **$42.87 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may be **eligible for purchase protection**

**003 kelisiting.com**

 **深圳市羽炫信息技术有限公司**
26 March 2026 . Payment

**−$35.99 USD**

## Paid with

  $35.99 USD

(VISA Prepaid Card
x-

You'll see "PAYPAL
*YUXUANXINXIA6Q
A" on your card
statement.

## Ship to

1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

## Shipment details

**Click here to see shipment details**

## Transaction ID

5GP7690764054981S

## Seller info

深圳市羽炫信息技术有限公司
+86 18676363540
**service@dandelionsnet.com**

## Invoice ID

381799-RBD00106120

## Order summary

| | Women's Casual Watercolor Dragonfly Cotton Blend Print T-shirt / Beige-S Product ID: YN-Beige-S-A001156061 | $27.99 USD |
|---|---|---|
| **Shipping** | | **$8.00 USD** |
| **Total** | | **$35.99 USD** |

## Need help?

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may be **eligible for purchase protection**

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may be **eligible for purchase protection**

**004 lanopal.com**

 **深圳市优艺远贸易有限公司**
26 March 2026 . Payment

**−$39.79 USD**

---

## Paid with

(VISA Prepaid Card x-█████
You'll see "PAYPAL
*YOUYIYUANMA7Y3L" on
your card statement.

$39.79 USD

## Ship to

█████████
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

## Shipment details

**Click here to see shipment details**

## Transaction ID

03C204630P6779022

## Seller info

深圳市优艺远贸易有限公司
415-702-8790
**bvlgoryshop@gmail.com**

## Invoice ID

1755040-LA00045947

## Order summary

 Women's Casual
Watercolor Dragonfly
Cotton Blend Print T-shirt /
Beige-S
Product ID: YN-Beige-S-
A001156061

$27.99 USD

| | |
|---|---|
| Shipping | **$9.00 USD** |
| Tax | **$2.80 USD** |
| **Total** | **$39.79 USD** |

---

## Need help?

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may be **eligible for purchase protection**

**005 airpears.com**



**佛山市素芳服饰有限公司**
26 March 2026 . Payment

**−$35.97 USD**

---

**Paid with**

(VISA Prepaid Card x-▮▮▮
You'll see "PAYPAL
*FUSHANSHISUJCKG" on
your card statement.

$35.97 USD

**Ship to**

1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

7PW32831WJ860101B

**Seller info**

佛山市素芳服饰有限公司
+86 19129540273
**jimtb514@gmail.com**

**Invoice ID**

1658781197730515450613

**Order summary**

Women's Casual
Watercolor Dragonfly
Cotton Blend Print T-shirt /
Beige-S
Product ID: AP-Beige-S-
A001165360

$27.99 USD

| | |
|---|---|
| Shipping | **$7.98 USD** |
| Total | **$35.97 USD** |

---

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may
be **eligible for purchase protection**

**006 yellowf.com**

 **Changsha Xingsha Ruisheng Billiards Club**
26 March 2026 . Payment

**−$39.98 USD**

**Paid with**

████████
(VISA Prepaid Card x-████
You'll see "PAYPAL
*XINGSHATQY4" on your
card statement.

$39.98 USD

**Ship to**

████████
1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

4L440292CS066802J

**Seller info**

Changsha Xingsha Ruisheng Billiards Club
+86 15302690664
**support@easyoneinc.com**

**Invoice ID**

2205239197729440275289

**Order summary**

 Women's Casual
Dragonfly&Bird Printed
Waistband Overall /
Picture 1-S
Product ID: WJU174474-
PT100S

$32.99 USD

| | |
|---|---|
| Shipping | **$6.99 USD** |
| Total | **$39.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may
be **eligible for purchase protection**

**007 aomiss.com**

 **Shenzhen Jijin Technology Co., Ltd.**
26 March 2026 . Payment

**−$41.63 USD**

---

### Paid with

(VISA Prepaid Card x-███)
You'll see "PAYPAL
*JIJINTER9UJ" on your card
statement.

$41.63 USD

### Ship to

███████████
1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

### Shipment details

**Click here to see shipment details**

### Transaction ID

93529239RA258830E

### Seller info

Shenzhen Jijin Technology Co., Ltd.
+86 18926794545
**support@geekimtech.com**

### Invoice ID

91469719773136269197

### Order summary

| | | |
|---|---|---|
| 🖼 | Women's Casual Dragonfly&Bird Printed Waistband Overall / Picture 1-S<br>Product ID: WJU174474-PT100S | $32.99 USD |
| | Shipping | **$6.99 USD** |
| | Tax | **$1.65 USD** |
| | **Total** | **$41.63 USD** |

---

### Need help?

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may be **eligible for purchase protection**

**008 funiya.com**

 **Shenzhen Jijin Technology Co., Ltd.**
26 March 2026 . Payment

**−$39.98 USD**

**Paid with**

(VISA Prepaid Card x- ▮▮
You'll see "PAYPAL
*JIJINTER9UJ" on your card
statement.

$39.98 USD

**Seller info**

Shenzhen Jijin Technology Co., Ltd.
+86 18926794545
**support@geekimtech.com**

**Invoice ID**

2209768197730001101944

**Ship to**

▮▮▮▮▮

1111 W 35th Street
15th Floor
Chicago, IL 60609-1404
United States

**Order summary**

Women's Casual
Dragonfly&Bird Printed
Waistband Overall /
Picture 1-S
Product ID: WJU174474-
PT100S

$32.99 USD

**Shipment details**

**Click here to see shipment details**

Shipping                                    **$6.99 USD**

**Transaction ID**

7NF83700P4375745G

Total                                         **$39.98 USD**

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may
be **eligible for purchase protection**

**009 shelery.com**

 **Shenzhen Jijin Technology Co., Ltd.**
26 March 2026 . Payment

**−$39.98 USD**

**Paid with**

████████

$39.98 USD

(VISA Prepaid Card x-████
You'll see "PAYPAL
*JIJINTER9UJ" on your card
statement.

**Ship to**

████████

1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

98V73726WH666183N

**Seller info**

Shenzhen Jijin Technology Co., Ltd.
+86 18926794545
**support@geekimtech.com**

**Invoice ID**

221223719773014658920

**Order summary**

 Women's Casual
Dragonfly&Bird Printed
Waistband Overall /
Picture 1-S
Product ID: WJU174474-
PT100S

$32.99 USD

| | |
|---|---|
| Shipping | **$6.99 USD** |
| Total | **$39.98 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may
be **eligible for purchase protection**

**010 hibahdiamondpaintingartstudio.com**

 **义乌市缕贲电子商务有限公司**
26 March 2026 . Payment

**−$14.89 USD**

## Paid with

████████

(VISA Prepaid Card x-████
You'll see "PAYPAL
*LUBENDIANZIQ476" on
your card statement.

$14.89 USD

## Ship to

████████

1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

## Shipment details

**Click here to see shipment details**

## Transaction ID

4SE55070EM339063P

## Seller info

义乌市缕贲电子商务有限公司
**18758910231@139.com**

## Invoice ID

r08tNAIKtA85mZf0gdFHoE
4ih

## Order summary

 Full Diamond Painting kit -
Watercolor bird and
dragonfly -
30x40cm(12x16inch canvas
size) / Full Round Drill

$5.99 USD

| | |
|---|---|
| Shipping | **$8.90 USD** |
| Total | **$14.89 USD** |

## Need help?

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may
be **eligible for purchase protection**

**011 fnooo.com**

 **深圳市今山服装有限公司**
26 March 2026 . Payment

**−$36.49 USD**

## Paid with

 $36.49 USD

(VISA Prepaid Card x-▮▮▮

You'll see "PAYPAL *JINSHANFUZHPTHC" on your card statement.

## Ship to

▮▮▮▮▮▮▮▮

1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

## Shipment details

**Click here to see shipment details**

## Transaction ID

7JY06670AC2064647

## Seller info

深圳市今山服装有限公司
+86 13620954434
**1234372489@163.com**

## Invoice ID

2408591-FNO00000130

## Order summary

 Women's Whisper Words Of Wisdom Dragonfly Print V-neck Casual T-Shirt / Blue-S
Product ID: 161-250401-A5-WT0003J97N-Blue-S

$24.99 USD

| | |
|---|---|
| Shipping | **$9.00 USD** |
| Tax | **$2.50 USD** |
| **Total** | **$36.49 USD** |

Case: 1:26-cv-06675 Document #: 24-1 Filed: 07/06/26 Page 25 of 51 PageID #:169

## Need help?

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may be **eligible for purchase protection**



Case: 1:26-cv-06675 Document #: 24-1 Filed: 07/06/26 Page 25 of 51 PageID #:169

**012 hippiesale.com**



**Magic Matrix Technology Co., LTD**
26 March 2026 . Payment

**−$34.98 USD**

---

**Paid with**

(VISA Prepaid Card x-▮▮
You'll see "PAYPAL
*MAGICMATRIXRN3Q" on
your card statement.

$34.98 USD

**Ship to**

▮▮▮▮▮
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

8C214084V3578651A

**Seller info**

Magic Matrix Technology Co., LTD
+86 18922801981
service@zhuoda.work

**Invoice ID**

1973884-HP00171011

**Order summary**

 Women's Whisper Words       $24.99 USD
Of Wisdom Dragonfly Print
V-neck Casual T-Shirt /
Blue-S
Product ID: 161-250401-
A5-WT0003J97N-Blue-S

| Shipping | **$9.99 USD** |
| --- | --- |
| **Total** | **$34.98 USD** |

---

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may
be **eligible for purchase protection**

**013 hnear.com**



**WULU LINK LIMITED**
26 March 2026 . Payment

**−$36.49 USD**

**Paid with**

████████
(VISA Prepaid Card x-████
You'll see "PAYPAL
*WULULINKLIM WUL" on
your card statement.

$36.49 USD

**Ship to**

████████
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

38A89127A66296330

**Seller info**

WULU LINK LIMITED
+86 13570866807
**a592604157@163.com**

**Invoice ID**

2337545-HN00004085

**Order summary**

 Women's Whisper Words
Of Wisdom Dragonfly Print
V-neck Casual T-Shirt /
Blue-S
Product ID: 161-250401-
A5-WT0003J97N-Blue-S

$27.49 USD

| Shipping | **$9.00 USD** |
|---|---|
| Total | **$36.49 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may
be **eligible for purchase protection**

**014 flycola.com**

 **WULU LINK LIMITED**
26 March 2026 . Payment

**−$36.49 USD**

**Paid with**

(VISA Prepaid Card x-
You'll see "PAYPAL
*WULULINKLIM WUL" on
your card statement.

$36.49 USD

**Ship to**

1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

7GG14580FX403741B

**Seller info**

WULU LINK LIMITED
+86 13570866807
**a592604157@163.com**

**Invoice ID**

2280804-FLY00003511

**Order summary**

 Women's Whisper Words
Of Wisdom Dragonfly Print
V-neck Casual T-Shirt /
Blue-S
Product ID: 161-250401-
A5-WT0003J97N-Blue-S

$27.49 USD

| Shipping | **$9.00 USD** |
|---|---|
| Total | **$36.49 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may
be **eligible for purchase protection**

**015 eooaa.com**

 **WULU LINK LIMITED**
26 March 2026 . Payment

**−$36.49 USD**

**Paid with**

(VISA Prepaid Card x-
You'll see "PAYPAL
*WULULINKLIM WUL" on
your card statement.

$36.49 USD

**Ship to**

1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

71E97974T8570124Y

**Seller info**

WULU LINK LIMITED
+86 13570866807
**a592604157@163.com**

**Invoice ID**

2368718-EAA00003004

**Order summary**

 Women's Whisper Words
Of Wisdom Dragonfly Print
V-neck Casual T-Shirt /
Blue-S
Product ID: 161-250401-
A5-WT0003J97N-Blue-S

$24.99 USD

| | |
|---|---|
| Shipping | **$9.00 USD** |
| Tax | **$2.50 USD** |
| **Total** | **$36.49 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may
be **eligible for purchase protection**

**016 goodsmarkets.com**



**深圳优晨教育有限公司**
26 March 2026 . Payment

**−$34.97 USD**

## Paid with

▮▮▮▮ $34.97 USD
(VISA Prepaid Card x-▮▮▮
You'll see "PAYPAL
*YOUCHENXVYU" on your
card statement.

## Ship to

▮▮▮▮
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

## Shipment details

**Click here to see shipment details**

## Transaction ID

24J46318HA6741428

## Seller info

深圳优晨教育有限公司
+36 25369818
**mereled@outlook.com**

## Invoice ID

2363142-JHD00000559

## Order summary

 Women's Whisper Words $25.99 USD
Of Wisdom Dragonfly Print
V-neck Casual T-Shirt /
Blue-S
Product ID: A00245792--
Blue-S

| | |
|---|---|
| Shipping | **$7.99 USD** |
| Handling | **$0.99 USD** |
| **Total** | **$34.97 USD** |

## Need help?

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may
be **eligible for purchase protection**

**017 citybeloved.com**

 **深圳市天译电子商务有限公司**
26 March 2026 . Payment

**−$34.97 USD**

**Paid with**

(VISA Prepaid Card x- ████
You'll see "PAYPAL
*TIANYIDIANZVJ7N" on
your card statement.

$34.97 USD

**Seller info**

深圳市天译电子商务有限公司
**1517311560@qq.com**

**Invoice ID**

2310418-JGD00000670

**Ship to**

████████
1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

**Order summary**

 Women's Whisper Words
Of Wisdom Dragonfly Print
V-neck Casual T-Shirt /
White-S
Product ID: A00386641--
White-S

$25.99 USD

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

6NN78622GJ6812818

| | |
|---|---|
| Shipping | **$7.99 USD** |
| Handling | **$0.99 USD** |
| **Total** | **$34.97 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may
be **eligible for purchase protection**

**018 kubaola.com**



**HK Xiao Feng Clothing trading Company**
26 March 2026 . Payment

**−$24.55 USD**

**Paid with**

(VISA Prepaid Card x-▮▮▮
You'll see "PAYPAL
*HKXIAOFENGC342N" on
your card statement.

$24.55 USD

**Seller info**

HK Xiao Feng Clothing trading Company
+86 18813750386
**ravaszshudun80@hotmail.com**

**Invoice ID**

rwodZXz4pN65IkaMiaUZZx
WyG

**Ship to**

▮▮▮▮▮
1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

**Order summary**



Women's Easter Bunny
Print Solid T-Shirt - White /
S

$19.99 USD

**Shipment details**

**Click here to see shipment details**

TransactionDiscount

**- $2.39 USD**

Shipping

**$6.95 USD**

**Transaction ID**

1D474547S15690155

Total

**$24.55 USD**

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may
be **eligible for purchase protection**

**019 wonderclosets.com**

 **Shenzhen Xiaoda Environmental Trading Co., Ltd**
26 March 2026 . Payment

**−$33.79 USD**

**Paid with**

(VISA Prepaid Card x-▇▇
You'll see "PAYPAL
*XIAODAENVIRXFJS" on
your card statement.

$33.79 USD

**Ship to**

▇▇▇▇▇▇

1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

8UE079075F951711R

**Seller info**

Shenzhen Xiaoda Environmental Trading Co.,
Ltd
**queeion@outlook.com**

**Invoice ID**

ruS0tnSKAm3uKEvTX4u3R
WsBP

**Order summary**

 Women's Easter Bunny
Print Solid T-Shirt - White /
S

$24.99 USD

Shipping

**$8.80 USD**

Total

**$33.79 USD**

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may
be **eligible for purchase protection**

**020 lvkoko.com**

Case: 1:26-cv-06675 Document #: 24-1 Filed: 07/06/26 Page 43 of 51 PageID #:187

 **深圳市红鸢电子商务有限公司**
26 March 2026 . Payment

**−$39.24 USD**

**Paid with**

████████

(VISA Prepaid Card x-████
You'll see "PAYPAL
*HONGYUANDIABMY8" on
your card statement.

$39.24 USD

**Ship to**

████████

1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

7M064900WD324772Y

**Seller info**

深圳市红鸢电子商务有限公司
415-702-8790
**nadonoshop@gmail.com**

**Invoice ID**

2054061-LK00002705

**Order summary**

 Women's Easter Bunny
Print Solid T-Shirt / White-
S
Product ID: YX3152001

$27.49 USD

| | |
|---|---|
| Shipping | **$9.00 USD** |
| Tax | **$2.75 USD** |
| **Total** | **$39.24 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may
be **eligible for purchase protection**

**021 luxuristore.com**

 **HK Xiao Feng Clothing trading Company**
26 March 2026 . Payment

**−$24.80 USD**

**Paid with**

(VISA Prepaid Card x- ▮
You'll see "PAYPAL
*HKXIAOFENGC342N" on
your card statement.

$24.80 USD

**Ship to**

1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

6V730881FX259951N

**Seller info**

HK Xiao Feng Clothing trading Company
+86 18813750386
**ravaszshudun80@hotmail.com**

**Invoice ID**

rqa7EnjVmqjKBLCuvo1irBW
9D

**Order summary**

 Women's Easter Bunny
Print Solid T-Shirt - White /
S

$19.99 USD

| | |
|---|---|
| TransactionDiscount | **- $1.99 USD** |
| Shipping | **$6.80 USD** |
| **Total** | **$24.80 USD** |

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may
be **eligible for purchase protection**

**022 noabella.com**



**HK Xiao Feng Clothing trading Company**
26 March 2026 . Payment

**−$24.49 USD**

**Paid with**

(VISA Prepaid Card x-
You'll see "PAYPAL
*HKXIAOFENGC342N" on
your card statement.

$24.49 USD

**Ship to**

1111 W 35th Street 15th Floor
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

15A12849V30110002

**Seller info**

HK Xiao Feng Clothing trading Company
+86 18813750386
**ravaszshudun80@hotmail.com**

**Invoice ID**

rPsj2VyyjD3zrtuwRmV7T3C
oo

**Order summary**

 Women's Easter Bunny
Print Solid T-Shirt - White /
S

$19.99 USD

TransactionDiscount

**- $2.39 USD**

Shipping

**$6.89 USD**

**Total**

**$24.49 USD**

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may
be **eligible for purchase protection**

**023 freemagician.com**



**Goodsnest**
26 March 2026 . Payment

**−$25.97 USD**

## Paid with

    $25.97 USD

(VISA Prepaid Card
x-
You'll see "PAYPAL
*GOODSNEST
GVKSW" on your
card statement.

## Ship to

1111 W 35th St
15th floor
Chicago, IL 60609-1404
United States

## Shipment details

**Click here to see shipment
details**

## Transaction ID

5NX037426625870
53

## Seller info

Goodsnest
+86 13510230754
**goodsnest@gmail.com**

## Invoice ID

1614830197738970
800761

## Order summary

| | Women's Cute Watercolor Bunny Print Casual Tee / White-S Product ID: FD-White-S-A004390983 | $17.99 USD |
|---|---|---|
| Shipping | | **$7.98 USD** |
| Total | | **$25.97 USD** |

## Need help?

If there's a problem, make sure to contact the seller through PayPal by
**22 September 2026**. You may be **eligible for purchase protection**

**024 justfashionnow.com**



**lfashion**
26 March 2026 . Payment

**−$35.94 USD**

---

**Paid with**

(VISA Prepaid Card x-▮▮▮
You'll see "PAYPAL
*LFASDWRE" on your card
statement.

$35.94 USD

**Ship to**

▮▮▮▮▮
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Transaction ID**

1D222568GD433722B

**Seller info**

lfashion
+86 15711006225
service@thenotdefined.com

**Invoice ID**

HBC03854805.2

**Order summary**

 Womens Easter rabbit Short Sleeve Tee Tshirt V Neck Printing Casual Summer Graphic Tee Top product
Product ID: 11487476

$22.99 USD

 WorryFree Delivery product
Product ID: seelworryfreedelivery

$1.96 USD

| | |
|---|---|
| Amount | **$24.95 USD** |
| Shipping | **$10.99 USD** |
| **Total** | **$35.94 USD** |

---

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**. You may be **eligible for purchase protection**