## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Sally Walsh

                          Plaintiff,

v.

                          Case No.:
1:26−cv−06675

Honorable Mary M. Rowland

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 8, 2026:

      MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the status report [23]. Plaintiff is granted an extension to 8/6/26 to address the issue of service of process. The court has also reviewed Plaintiff's response to the motion to dismiss on personal jurisdiction and finds Plaintiff has established personal jurisdiction for the named defendants. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.