**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Sally Walsh

                                                        Plaintiff,

v.                                                                              Case No.:
                                                                               1:26−cv−06675

                                                                               Honorable Mary M.
                                                                               Rowland

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 10, 2026:

        MINUTE entry before the Honorable Mary M. Rowland: Response to the motion
for dismiss is due 7/31/26, reply due 8/7/26. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.