**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SALLY WALSH,

    Plaintiff,

    v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-06675

Judge Mary M. Rowland

Magistrate Judge Albert Berry, III

**DECLARATION OF KEITH A. VOGT**

I, KEITH A. VOGT, declare as follows:

1. I am an attorney licensed to practice law in the State of Florida (Bar No. 1036084) and the State of Illinois (Bar No. 6207971), and I am the principal of Keith A. Vogt, PLLC, 1820 NE 163rd Street, Suite 306, North Miami Beach, Florida 33162. I am counsel of record for Plaintiff Sally Walsh ("Plaintiff") in this action. I make this Declaration in support of Plaintiff's Response in Opposition to Defendant No. 12's Motion to Dismiss [26].

2. I have personal knowledge of the facts stated in this Declaration, and if called as a witness, I could and would testify competently to them. The facts stated below are based on my own actions, on documents gathered under my direction and supervision in the course of this litigation, and on records produced pursuant to this Court's order authorizing expedited discovery. I am familiar with the records described below, which are maintained in the ordinary course of Plaintiff's investigation and prosecution of this matter.

3. Defendant No. 12 in this action is identified on Schedule "A" by the storefront name "hippiesale," which operates the e-commerce website located at hippiesale.com. The pending Motion to Dismiss [26] is filed on behalf of Defendant No. 12 under the corporate name "Magic Matrix Technology Co. Ltd."

**The Pre-Suit Test Purchase from hippiesale.com**

4. On March 26, 2026, an investigator acting at my direction placed an order through Defendant No. 12's storefront at hippiesale.com for the product identified as the "Women's Whisper Words of Wisdom Dragonfly Print V-neck Casual T-Shirt" (Product ID WT0003J97N). The order was accepted, confirmed, shipped, and delivered.

5. The total charged for the purchase was $34.98 — $24.99 for the item plus $9.99 in shipping. Payment was made through PayPal. The transaction was assigned Order/Transaction ID 8C214084V3578651A and Invoice ID 1973884-HP00171011.

6. The order was placed for delivery to 1111 W. 35th Street, 15th Floor, Chicago, Illinois 60609-1404. The delivery name on the receipt, "Larry Carter," is a name the investigator used for these counsel-directed purchases.

7. A true and correct copy of the receipt documenting this transaction is attached to this Declaration as **Exhibit A**. The receipt reflects that Defendant No. 12 shipped the order on April 7, 2026, via the carrier SF Express (SF International) under tracking number SF6047430119777. The carrier's tracking records for that shipment show that the package originated in Shenzhen, China, cleared Chinese customs, transited through the carrier's Chicago-area facilities (including a hub in Schiller Park, Illinois serving Chicago O'Hare), and was delivered — recorded by the carrier as "signed off" — to the Chicago, Illinois delivery address on April 14, 2026. A true and correct copy of the carrier's

2

tracking history for shipment SF6047430119777 is attached as **Exhibit D**. This same forum-directed sale is among the per-defendant proof of personal jurisdiction Plaintiff submitted at the Court's direction [ECF 24 & Ex. 1], which the Court reviewed in finding jurisdiction established [ECF 25].

**The hippiesale.com Storefront**

8. On March 24, 2026, at my direction, the investigator captured images of the hippiesale.com storefront. The storefront publicly offered the infringing "Women's Whisper Words of Wisdom Dragonfly Print V-neck Casual T-Shirt" for sale at $24.99, priced and checked out in U.S. dollars, and offered shipping to the United States, including Illinois. A true and correct copy of that capture is attached as **Exhibit B**. As part of the same pre-suit investigation, and under my supervision, the investigator captured the co-defendant Schedule "A" storefronts on March 24 and March 26, 2026, preserving for each storefront both the product-listing page and the product image as displayed. Those captures show that Defendant No. 12 and co-defendant storefronts Nos. 11, 13, 14, and 15 each load the accused product's image from the identical web address — https://img.fantaskycdn.com/a2a20f2843183d605225ce6531b388f8_2056x.jpeg — that is, the identical image file, served from the same content-delivery network (img.fantaskycdn.com). Co-defendant storefronts Nos. 16 and 17 load their product images from that same content-delivery network under different filenames. The test-purchase receipt identifies the item by the product identifier "161-250401-A5-WT0003J97N-Blue-S," and the same internal product identifier "WT0003J97N" appears in the on-page product details of Defendant No. 12's own storefront and of co-defendant storefronts, including Nos. 11 and 15. For each storefront, the capture reflects the image's

3

web address and the date of capture. True and correct copies of the co-defendant storefront captures are attached collectively as **Exhibit E**.

**The Payment-Account Records Produced Under This Court's Order**

9. Pursuant to this Court's order authorizing expedited discovery, PayPal produced account records for sixty-six payment accounts associated with the Schedule "A" defendants in this action. Each account record is a know-your-customer file that identifies, among other things, the account holder's name, a "Credit Card Statement Name," the email address registered to the account, and the account number. The production also included a mapping identifying, for each produced account, the email address by which PayPal linked it to other accounts.

10. Of the sixty-six produced accounts, eighteen are linked under a single common email address — the seller-contact email address shown for the hippiesale.com storefront and on its test-purchase receipt. Defendant No. 12's own payment on the test purchase appears on the payer's card statement under the descriptor "PAYPAL *MAGICMATRIXRN3Q," which places hippiesale's payment within this commonly-linked group of accounts. My review of the eighteen account records shows that a single registered account holder holds seventeen of them; the eighteenth is held by a different individual. Because the produced records are account-level know-your-customer files and do not contain transaction-level data, and because the hippiesale order number does not appear in the production, I cannot, from these records, isolate the single account that received the hippiesale test-purchase payment; the "MAGICMATRIX" statement descriptor on that payment places it among the accounts bearing the corporate name under which the Motion is filed.

11. Ten of those accounts bear a "Credit Card Statement Name" corresponding to the corporate name under which the pending Motion [26] is filed. The remaining eight bear statement names corresponding to two other business names, but are linked to the same common email address. A summary table of the eighteen commonly-linked accounts, drawn from the PayPal production, is attached as **Exhibit C**. Because the underlying account records — including the identities of the registered holders and the affiliated business names — contain personally identifying information, they are not set out here or attached in full; Plaintiff can email the unredacted records to the Court for its review upon request.

**Exhibit List**

12. The following exhibits are attached to and made a part of this Declaration:

**Exhibit A** — Receipt documenting the March 26, 2026, test purchase from hippiesale.com (Order/Transaction ID 8C214084V3578651A).

**Exhibit B** — Capture of the hippiesale.com storefront offering the infringing "Whisper Words of Wisdom Dragonfly Print" T-shirt for sale.

**Exhibit C** — Summary table of the eighteen commonly-linked payment accounts, drawn from the PayPal production made under this Court's order.

**Exhibit D** — SF Express (SF International) carrier tracking history for shipment SF6047430119777, showing origin in Shenzhen, China, and delivery ("signed off") to the Chicago, Illinois address on April 14, 2026.

**Exhibit E** — Co-defendant storefront captures (Defendant Nos. 11, 13, 14, 15, 16, and 17), each showing the storefront's listing of the accused product and the product image as displayed, printed with the image's web address and the date of capture

— reflecting that Defendant No. 12 and Nos. 11, 13, 14, and 15 load the same image (img.fantaskycdn.com/a2a20f2843183d605225ce6531b388f8_2056x.jpeg) and that Nos. 16 and 17 draw from the same content-delivery network.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 31, 2026.

*/s/ Keith A. Vogt*
Keith A. Vogt

*Attorney for Plaintiff*

6

Exhibit A

 **Magic Matrix Technology Co., LTD**                                            **−$34.98 USD**
26 March 2026 . Payment

**Paid with**

Wise Card                                   $34.98 USD
(VISA Prepaid Card x-
)
You'll see "PAYPAL
*MAGICMATRIXRN3Q"
on your card statement.

**Shipped to**

Larry Carter
1111 W 35TH ST
15TH FLOOR
Chicago, IL 60609-1404
United States

**Shipment details**

**Click here to see shipment details**

**Have you received this order?**

SF6047430119777
7 April 2026, Sent by MANUAL
Status: Shipped

**Transaction ID**

8C214084V3578651A

**Seller info**

Magic Matrix Technology Co., LTD
+86 18922801981
**service@zhuoda.work**

**Invoice ID**

1973884-HP00171011

**Order summary**

 Women's Whisper          $24.99 USD
Words Of Wisdom
Dragonfly Print V-
neck Casual T-Shirt /
Blue-S
Product ID: 161-
250401-A5-
WT0003J97N-Blue-S

Shipping                                    **$9.99 USD**

**Total**                                   **$34.98 USD**

**Need help?**

If there's a problem, make sure to contact the seller through PayPal by **22 September 2026**.
You may be **eligible for purchase protection**

Exhibit B

## 012 hippiesale.com



Exhibit C

# EXHIBIT C

## The Eighteen Commonly-Linked PayPal Accounts (Conformed for Public Filing)

*PayPal produced the eighteen accounts below as linked through a single shared email address — the seller-contact email address shown for the hippiesale.com storefront and on Defendant's test-purchase receipt (Ex. A). They resolve to three affiliated business entities but only two natural-person account holders; seventeen of the eighteen are held by one person. Under Fed. R. Civ. P. 5.2, the registered-holder names, account emails, and the two non-movant entity names are withheld here; account numbers are shown by their last four digits.*

| No. | PayPal acct. no. (last 4) | Registered holder |
|---|---|---|
| Group 1 — held under Magic Matrix Technology Co., Ltd. (the corporate name in Defendant's Motion): 10 accounts | | |
| 1 | •••• 0709 | Holder 1 |
| 2 | •••• 3930 | Holder 1 |
| 3 | •••• 3084 | Holder 1 |
| 4 | •••• 9019 | Holder 1 |
| 5 | •••• 9699 | Holder 1 |
| 6 | •••• 7183 | Holder 1 |
| 7 | •••• 3369 | Holder 1 |
| 8 | •••• 1620 | Holder 1 |
| 9 | •••• 6845 | Holder 1 |
| 10 | •••• 9609 | Holder 1 |
| Group 2 — a second affiliated entity (name withheld); same holder as Group 1: 7 accounts | | |
| 11 | •••• 3494 | Holder 1 |
| 12 | •••• 6685 | Holder 1 |
| 13 | •••• 2072 | Holder 1 |
| 14 | •••• 7690 | Holder 1 |
| 15 | •••• 5117 | Holder 1 |
| 16 | •••• 7089 | Holder 1 |
| 17 | •••• 9190 | Holder 1 |
| Group 3 — a third affiliated entity (name withheld); a different holder: 1 account | | |
| 18 | •••• 5350 | Holder 2 |

Exhibit D

Tracking| SF International
https://www.sf-international.com/us/en/support/querySupport/waybill?utm_source=chatgpt.com



Captured by FireShot Pro: 23 July 2026, 15:15:26
https://getfireshot.com

Exhibit E

# EXHIBIT E

## Co-Defendant Storefront Captures — Common Product-Image Source

Each capture below was made during Plaintiff's pre-suit investigation and shows, for the identified storefront, (1) the storefront's listing of the accused "Women's Whisper Words of Wisdom Dragonfly Print V-neck Casual T-Shirt," and (2) the accused product image as displayed, printed with the image's web address and the date of capture in the page header and footer.

| Storefront (Def. No.) | Product image — web address as captured | Date captured |
|---|---|---|
| fnooo.com (No. 11) | https://img.fantaskycdn.com/a2a20f2843183d605225ce6531b388f8_2056x.jpeg | Mar. 26, 2026 |
| hnear.com (No. 13) | https://img.fantaskycdn.com/a2a20f2843183d605225ce6531b388f8_2056x.jpeg | Mar. 24, 2026 |
| flycola.com (No. 14) | https://img.fantaskycdn.com/a2a20f2843183d605225ce6531b388f8_2056x.jpeg | Mar. 24, 2026 |
| eooaa.com (No. 15) | https://img.fantaskycdn.com/a2a20f2843183d605225ce6531b388f8_2056x.jpeg | Mar. 24, 2026 |
| goodsmarkets.com (No. 16) | https://img.fantaskycdn.com/watermark36e8b5f8252ebaaeb582385bacf0fc7f_2056x.jpeg | Mar. 24, 2026 |
| citybeloved.com (No. 17) | https://img.fantaskycdn.com/watermarkbf833ecd6d134eedfd7dcfab7784ba73_2056x.jpeg | Mar. 24, 2026 |

*Defendant No. 12 (hippiesale.com) loads the same image from the identical address https://img.fantaskycdn.com/a2a20f2843183d605225ce6531b388f8_2056x.jpeg (captured Mar. 24, 2026); its storefront capture is Exhibit B, and its image page is included at the end of this Exhibit for completeness.*

**Def. No. 11 — fnooo.com**

3/26/26, 6:21 AM
Women's Whisper Words Of Wisdom Dragonfly Print V-neck Casual T-Shirt
Case: 1:26-cv-06675 Document #: 28-1 Filed: 07/31/26 Page 18 of 36 PageID #:237



Buy 2 save 5% Buy 3 save 10% Buy 4 save 15% Buy 5 save 20%

Fnooo

Home    Eater printed    T-Shirts    Canvas ToTe Bag    More links        English    USD

## Collection list

Summer T-Shirt    T-SHIRT    T shirts-B    Stand Collar Shirt    The Artisan Shirt    Men's Outdoor Shorts    scary art    T-shirt-D

### Women's Whisper Words Of Wisdom Dragonfly Print V-neck Casual T-Shirt

**$24.99**

**Color:** Blue

Blue    White

**Size:** S

S    M    L    XL    2XL    3XL    4XL    5XL

**Quantity**

−    1    +

Add to cart – $24.99

Buy now

PayPal

Shipping

Estimated Delivery： Apr 05 – Apr 15

Buy $75.99 more to enjoy Free Shipping

Security and Service

Payment Security          Privacy Protection

Efficient and Safe Logitics    Customer Service

## Description

**Product Details:**
Product ID:WT0003J97N

**Gender:** For Women&Men
**Style:** Casual
**Fit Type:**Flt
**Shirt Length:** Regular
**Sleeves Length:** Short Sleeve
**Collar:** V Neck
**Material:** Mixed Cotton
**Material Stretch:** Slight Stretch
**Pocket :**No poctket
**Weight:** 0.100kg
**Package:** 1 x T-shirt

### Size Guide For Women

| SIZE | UK | US | EUR | Length cm | Length inch | Chest cm | Chest inch |
|------|------|-------|-------|------|------|------|------|
| S | 8-10 | 4-6 | 34-36 | 69 | 27 | 104 | 41 |
| M | 12-14 | 8-10 | 38-40 | 70 | 28 | 109 | 43 |
| L | 16 | 12 | 42-44 | 71 | 28 | 114 | 45 |
| XL | 18 | 14 | 46 | 72 | 28 | 121 | 48 |
| 2XL | 20 | 16-18 | 48 | 73 | 29 | 128 | 50 |
| 3XL | 26 | 20-22 | 50-52 | 74 | 29 | 138 | 54 |
| 4XL | 30 | 24 | 54 | 75 | 30 | 148 | 58 |
| 5XL | 38 | 32 | 60 | 76 | 30 | 168 | 66 |

### Size Guide For Men

| SIZE | UK | US | EUR | Length cm | Length inch | Chest cm | Chest inch |
|------|------|-------|-------|------|------|------|------|
| S | 36 | 36-37 | 46 | 69 | 27 | 104 | 41 |
| M | 40 | 39-40 | 50 | 70 | 28 | 109 | 43 |
| L | 42 | 42 | 52 | 71 | 28 | 114 | 45 |
| XL | 44 | 44 | 54-56 | 72 | 28 | 121 | 48 |
| 2XL | 46-48 | 46-48 | 58 | 73 | 29 | 128 | 50 |
| 3XL | 52 | 52 | 62 | 74 | 29 | 138 | 54 |
| 4XL | 56 | 56 | 64 | 75 | 30 | 148 | 58 |
| 5XL | 64 | 64 | 72 | 76 | 30 | 168 | 66 |

Shipping Policy

Return & Refund Policy

## You may also like

Save 33%    Save 8%

Women's Whisper Words Of Wisdom Dragonfly Print V-neck Casual T-Shirt    $24.99    Add to cart



**Def. No. 13 — hnear.com**



Buy 2 save 5% Buy 3 save 10% Buy 4 save 15% Buy 5 save 20%

*Hnear*

English ⌄    USD ⌄    ⌄

🐰 Easter Printed 🐰    🚛 T-shirts 🚛    ♻️Canvas tote bag♻️    Quilted Travel Bag    Men    Women    Womens-shoes    More links

## Collection list



T-shirt    T-SHIRT    Stand Collar Tees    Classic Polo Styles    Vintage    The Artisan Shirt    Casual Style



### Women's Whisper Words Of Wisdom Dragonfly Print V-neck Casual T-Shirt

**$27.49**  (Tax included)

👁 49 people are viewing this right now

Color: Blue

| Blue | White |

Size: S

| S | M | L | XL | 2XL | 3XL | 4XL | 5XL |

Quantity

− 1 +

| Add to cart – $27.49 |

| **Buy now** |

🚚 Shipping
Estimated Delivery:  Apr 03 - Apr 13

🛡 Security and Service    ⌄

💳 Payment Security          👤 Privacy Protection

🚚 Efficient and Safe Logitics    👥 Customer Service

## Description    ⌃

**Product Details:**
Product ID:WT0003J97N

**Gender:** For Women&Men
**Style:** Casual
**Fit Type:**FIt
**Shirt Length:** Regular
**Sleeves Length:** Short Sleeve
**Collar:** V Neck
**Material:** Mixed Cotton
**Material Stretch:** Slight Stretch
**Pocket :**No pocktet
**Weight:** 0.100kg
**Package:** 1 x T-shirt



Women's Whisper Words Of Wisdom Dragonfly Print V-neck Casual T-Shirt          $27.49    Add to cart

Case: 1:26-cv-06675 Document #: 28-1 Filed: 07/31/26 Page 22 of 36 PageID #:241



**Def. No. 14 — flycola.com**

3/24/26, 3:55 PM
Women's Whisper Words Of Wisdom Dragonfly Print V-neck Casual T-Shirt
Case: 1:26-cv-06675 Document #: 28-1 Filed: 07/31/26 Page 24 of 36 PageID #:243

Buy 2 get 5% off , Buy 3 get 10% off , Buy 4 get 15% off , Buy 5 get 20% off

## FlyCola

Womens    While    Accessories    More links

English    USD

## Collection list

T-SHIRT    T-Shirt    T-Shirt B    Men's Short Sleeve T-Shirts    The Artisan Shirt    Stand Collar Tees    Classic Polo Styles    Long-Sleeve Shirt



### Women's Whisper Words Of Wisdom Dragonfly Print V-neck Casual T-Shirt

**$27.49**  (Tax included)

👁 30 people are viewing this right now

**Color:** Blue

Blue    White

**Size:** S                    ✏ Size Guide

S    M    L    XL    2XL    3XL    4XL    5XL

**Quantity**

−    1    +

Add to cart  -  $27.49

Buy now

🚚 Shipping
Estimated Delivery:  Apr 03 - Apr 13

🛡 Security and Service

💳 Payment Security          👤 Privacy Protection

📦 Efficient and Safe Logitics    👥 Customer Service

---

### Description

**Product Details:**
Product ID:WT0003J97N

**Gender:** For Women&Men
**Style:** Casual
**Fit Type:**FIt
**Shirt Length:** Regular
**Sleeves Length:** Short Sleeve
**Collar:** V Neck
**Material:**Mixed Cotton
**Material Stretch:** Slight Stretch
**Pocket :**No poctket
**Weight:** 0.100kg
**Package:** 1  x  T-shirt



**Def. No. 15 — eooaa.com**

Buy 2 save 5%  Buy 3 save 10%  Buy 4 save 15%  Buy 5 save 20%

Free shipping for orders over $79.90                                                        ✕

EOOAA       T-Shirts    While    womens    Canvas Tote Bag    Accessories    More links                English ⌄    🇺🇸 USD ⌄  🔍  👤  🛒



## Women's Whisper Words Of Wisdom Dragonfly Print V-neck Casual T-Shirt

**$24.99**

Color: Blue

| Blue | White |

Size: S

| S | M | L | XL | 2XL | 3XL | 4XL | 5XL |

Quantity

—  1  +

| Add to cart  -  $24.99 |

| Buy now |

SKU: 161-250401-A5-WT0003J97N-Blue-S

🛡 Security and Service                                                    ⌄

💳 Payment Security          👤 Privacy Protection

📦 Efficient and Safe Logitics   👩‍💻 Customer Service

## Description                                                            ⌃

**Product Details:**
Product ID:WT0003J97N

**Gender:** For Women&Men
**Style:** Casual
**Fit Type:**FIt
**Shirt Length:** Regular
**Sleeves Length:** Short Sleeve
**Collar:** V Neck
**Material:** Mixed Cotton
**Material Stretch:** Slight Stretch
**Pocket :**No poctket
**Weight:** 0.100kg
**Package:** 1 x T-shirt

Case: 1:26-cv-06675 Document #: 28-1 Filed: 07/31/26 Page 28 of 36 PageID #:247



**Def. No. 16 — goodsmarkets.com**

Case: 1:26-cv-06675 Document #: 28-1 Filed: 07/31/26 Page 30 of 36 PageID #:249



FREE FAST SHIPPING ✈️ FREE SHIPPING OVER $59

GOODSMARKETS

English ⌄    🇺🇸 USD ⌄    👤    🛒

Home    Dresses    Shirts    T-Shirts    Hoodie Sweatshirts



## Women's Whisper Words Of Wisdom Dragonfly Print V-neck Casual T-Shirt

**$25.99**

🏷️ **Buy 2 get 10% off,Buy 3 get 12% off,Buy 4 get 15% off,Buy 6 get 20% off**

**Color:** Blue

Blue | White

**Size:** S

S | M | L | XL | 2XL | 3XL | 4XL | 5XL

**Quantity**

− 1 +

Add to cart - $25.99

Buy now

### You May Also Like



Punk Style Beanie with Attached...
**$19.99** ~~$39.99~~

Legends of Rock Graphic Art Print ...
**$24.99**

Women's Floral Pattern Artistic...
**$25.99**

Women's Drag Pattern Art Pr...
**$24.99**

Quick Shop | Quick Shop | Quick Shop | Quick Sho

🛡️ Security and Service    ⌄

💳 Payment Security

🔒 Privacy Protection

📦 Efficient and Safe Logitics

👤 Customer Service

✅ Pinterest Verified Merchant

---

Description    ⌃

**Product Details:**
Product ID:WT0003J97N

**Gender:** For Women&Men
**Style:** Casual
**Fit Type:**FIt
**Shirt Length:** Regular
**Sleeves Length:** Short Sleeve
**Collar:** V Neck
**Material:** Mixed Cotton
**Material Stretch:** Slight Stretch
**Pocket :**No poctket
**Weight:** 0.100kg
**Package:** 1 x T-shirt

Case: 1:26-cv-06675 Document #: 28-1 Filed: 07/31/26 Page 31 of 36 PageID #:250



**Def. No. 17 — citybeloved.com**

3/24/26, 2:47 PM
Women's Whisper Words Of Wisdom Dragonfly Print V-neck Casual T-Shirt
Case: 1:26-cv-06675 Document #: 28-1 Filed: 07/31/26 Page 33 of 36 PageID #:252





**Def. No. 12 — hippiesale.com**

