**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SALLY WALSH,

      Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-06675

Judge Mary M. Rowland

Magistrate Judge Albert Berry, III

## PLAINTIFF'S MOTION FOR LEAVE TO EFFECT SERVICE OF PROCESS BY ELECTRONIC MEANS AND FOR ISSUANCE OF SUMMONS

Plaintiff, Sally Walsh ("Plaintiff"), by counsel and pursuant to Federal Rule of Civil Procedure 4(f)(3), respectfully moves this Court for leave to effect service of process by electronic mail and publication on the nineteen non-appearing Defendants identified below, and for the issuance of a summons directed to those nineteen Defendants and summonses for the four Defendants to be served through the Central Authority, as specified below. In support, Plaintiff states as follows:

1.  The Court's order of June 8, 2026, directed Plaintiff to address *Kangol LLC v. Hangzhou Chuanyue Silk Import & Export Co.*, 177 F.4th 793 (7th Cir. 2026), before the Court would authorize alternative service. [18]. Plaintiff does so in the accompanying Memorandum of Law and in the Declaration of Yanling Jiang and its Exhibits A through D.

2.  Plaintiff seeks leave to serve the following nineteen non-appearing Defendants by electronic mail. Ten of them have no address that resolves to the Defendant, so the Hague Service Convention does not apply to them and email is authorized under Rule 4(f)(3):

No. 3 (kelisiting.com), No. 5 (airpears.com), No. 6 (yellowf.com), No. 16 (goodsmarkets.com), No. 17 (citybeloved.com), No. 18 (kubaola.com), No. 19 (wonderclosets.com), No. 21 (luxuristore.com), No. 22 (noabella.com), and No. 23 (freemagician.com). The remaining nine publish a verified Hong Kong registered office, and Hong Kong has lodged no objection to Article 10(a) of the Convention, the channel through which email travels: No. 1 (naturocraftshop.com), No. 2 (hokykm.com), No. 4 (lanopal.com), No. 11 (fnooo.com), No. 13 (hnear.com), No. 14 (flycola.com), No. 15 (eooaa.com), No. 20 (lvkoko.com), and No. 24 (justfashionnow.com).

3. Plaintiff does not seek email service on Defendants Nos. 7, 8, 9, and 10, whose addresses in mainland China have been ascertained. Plaintiff will serve those four Defendants through the Central Authority of the People's Republic of China under the Convention. Defendant No. 12 has appeared through counsel and is not addressed in this Motion.

4. Plaintiff further requests that the Clerk issue three summonses: (a) one summons directed to the nineteen Defendants identified in paragraph 2, in the name of "naturocraftshop.com et al.," whom Plaintiff will serve by email; (b) one summons directed to Defendants Nos. 7, 8, and 9 as appeared and in the name of 深圳市极尽科技有限公司 (Shenzhen Jijin Technology Co., Ltd.), the company registered on their shared account; and (c) one summons directed to Defendant No. 10 as appeared and in the name of 义乌市缕赍电子商务有限公司 (Yiwu Lvben Electronic Commerce Co., Ltd.). Plaintiff will serve the Defendants in (b) and (c) through the Central Authority.

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to serve the nineteen non-appearing Defendants identified in paragraph 2 by electronic mail under Rule

4(f)(3), direct the Clerk to issue the three summonses described in paragraph 4, and grant such

further relief as the Court deems just.

DATED: August 6, 2026                    Respectfully submitted,

                                         */s/ Keith A. Vogt*
                                         Keith A. Vogt
                                         FL Bar No. 1036084/IL Bar No. 6207971
                                         Keith A. Vogt PLLC
                                         1820 NE 163rd Street, Suite #306
                                         North Miami Beach, Florida 33162
                                         Telephone: 312-971-6752
                                         E-mail: keith@vogtip.com

                                         ***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendants by third parties that includes a link to said website.

*/s/ Keith A. Vogt*
Keith A. Vogt, Esq.