# Exhibit A

# EXHIBIT A

## Per-Defendant Address Investigation Summary

to the Declaration of Yanling Jiang

| No. | Defendant | Name Form | Source(s) | Address(es) of Record | Verification Result | Assessment | Tier | Service lane |
|---|---|---|---|---|---|---|---|---|
| 1 | naturocraftshop.com | English-fabricated ("naturo craft shop") | Storefront Terms of Service; PayPal | **Website:** "FLAT 1506, 15/F, CHEUNG FUNG COMMERCIAL BLDG, 21-25 CHEUNG SHA WAN ROAD, Sham Shui Po, Hong Kong" — publishes company "Hongkong Milvus E-Commerce Limited" **PayPal:** 深圳市福田区滨河大道 9289 号京基滨河时代广场南区 D1 座 16B (Unit 16B, Tower D1 South, Kingkey Binhe Times Sq., Futian, Shenzhen) | Storefront publishes a Hong Kong address. | Hong Kong address; Plaintiff seeks service by email under Hague Article 10(a). | 2 — HK | **Hague Art. 10(a)** postal channel and email to the registered office |
| 2 | hokykm.com | English-fabricated | Storefront Contact Us; PayPal | **Website:** "FLAT 1506, 15/F, CHEUNG FUNG COMMERCIAL BLDG, 21-25 CHEUNG SHA WAN ROAD, Sham Shui Po, Hong Kong (this is not a returning address)" — publishes "Hongkong Milvus E-Commerce Limited," company number +14157028790 *(a US telephone number, not a company number)* **PayPal:** same Kingkey Binhe D1-16B account as Nos. 1, 20 | Storefront publishes a Hong Kong address. | Hong Kong address; Plaintiff seeks service by email under Hague Article 10(a). | 2 — HK | **Hague Art. 10(a)** postal channel and email |
| 3 | kelisiting.com | English-transliterated (克丽丝汀 → "kelisiting") | Storefront Contact Us; PayPal | **Website: no physical address published.** Contact page gives only kelisitingofficial@hotmail.com **PayPal:** 新和大道 179 号 201, 沙井街道步涌社区, 宝安区, 深圳市 (Rm 201, No. 179 Xinhe Ave., | Website publishes no address of any kind. **Registry:** 32 PayPal accounts across ≥7 companies all declaring Room | No published address; declared address is a mass-registration urban-village room, not a serviceable unit | 1 | Email, Rule 4(f)(3) (Art. 1 inapplicable) |

| No. | Defendant | Name Form | Source(s) | Address(es) of Record | Verification Result | Assessment | Tier | Service lane |
|---|---|---|---|---|---|---|---|---|
| | | | | Buyong, Shajing, Bao'an, Shenzhen) | 201; of 5 checked, 1 registered at Rm 201, 2 at other units in the same building (201-3, 303), 2 in different districts (Nanshan, Futian); 2 unchecked. Building is a 2003 self-built urban-village rental, 1,946 households *(see Ex. B, No. 7)* | attributable to this Defendant | | |
| 4 | lanopal.com | English-fabricated | Storefront Contact Us; PayPal | **Website:** "FLAT 1506, 15/F, CHEUNG FUNG COMMERCIAL BLDG, 21-25 CHEUNG SHA WAN ROAD, Sham Shui Po, Hong Kong (this is not a returning address)" — publishes "Hongkong Milvus E-Commerce Limited" **PayPal:** 京基滨河时代广场南区 D1 座 16B, Futian, Shenzhen | Storefront publishes a Hong Kong address. | Hong Kong address; Plaintiff seeks service by email under Hague Article 10(a). | **2 — HK** | **Hague Art. 10(a)** postal channel and email |
| 5 | airpears.com | English-fabricated ("air pears") | Storefront Contact Us; PayPal | **Website: no physical address published.** Contact page gives only support@airpears.com **PayPal:** 天圣工业园 8 栋 7 楼, 万江街道, 东莞市 (Bldg 8, 7/F, Tiansheng Industrial Park, Wanjiang, Dongguan) | Website publishes no address. **Registry:** 佛山市素芳服饰有限公司 is not registered in Dongguan at all; registered address is 佛山市顺德区容桂街道悦海中路 1 号银涛苑 3 栋 814 房, a residential unit in **Foshan**, matching the company's own name rather than the | No published address; city-level mismatch between company name, declared address, and registered address | 1 | Email, Rule 4(f)(3) |

| No. | Defendant | Name Form | Source(s) | Address(es) of Record | Verification Result | Assessment | Tier | Service lane |
|---|---|---|---|---|---|---|---|---|
| | | | | | declared city *(see Ex. B, No. 8)* | | | |
| 6 | yellowf.com | English-fabricated ("yellow f") | Storefront Contact Us; PayPal | **Website: no physical address published.** Contact page gives only support@yellowf.com and business hours **PayPal:** "Changsha Xingsha Ruisheng Billiards Club," "Xinqiao Street, Shenzhen" | Website publishes no address. Declared address is a street name with no building or unit number; declared entity name states a different province (Hunan) and an unrelated trade (a billiards club) *(see Ex. B, No. 9)* | No published address; declared address is street-level only and the declared entity is facially unrelated to apparel e-commerce | 1 | Email, Rule 4(f)(3) |
| 7 | aomiss.com | English-fabricated | Storefront Contact Us; PayPal | **Website:** "RM03, 24/F,Ho King Comm CTR,2-16 Fayuen ST(This is not a returning address)" — publishes "Mgoat Technology Limited" **PayPal:** 深圳市宝安区新桥街道沙企社区蚝乡路佳华领创广场 1004 (Unit 1004, Jiahua Lingchuang Plaza, Bao'an, Shenzhen) | Google web returns RM03, 24/F Ho King Comm Ctr as the published address of ≥5 unrelated businesses (Copchip Electronics Co. Ltd., Atowak, Lance Holding, EnterCo, olto-8 watches). **Registry (PRC):** 深圳市极尽科技有限公司, USCC 91440300MA5H98AH5M, active, registered address **is** 佳华领创广场 1004 — **exact match**; commercial office building, specific unit *(Ex. B, No. 4)*. **Hong Kong** | **Two** ascertained addresses. PRC address verifies exactly. HK entity is live but at a different registered office than the one published. Neither is unknown | **2 — PRC** | **PRC Central Authority** at Unit 1004 |

| No. | Defendant | Name Form | Source(s) | Address(es) of Record | Verification Result | Assessment | Tier | Service lane |
|---|---|---|---|---|---|---|---|---|
| | | | | | **Companies Registry:** Mgoat Technology Limited, BR 76064444, **live**, registered office is Unit 98 of Factory A, 1/F, Union Hing Yip Factory Bldg, 20 Hing Yip St, Kwun Tong — **not** the published Ho King address *(Ex. B, No. 5)* | | | |
| 8 | funiya.com | English-fabricated | Storefront Contact Us; PayPal | **Website: no physical address published.** Contact page gives support@funiya.com and +86 18926794545<br>**PayPal:** shares the No. 7 account, 深圳市极尽科技有限公司 at 佳华领创广场 1004 | Website publishes no address. **Registry:** exact match on the shared account's declared address *(Ex. B, No. 4)* | Address ascertained through the shared processor account; verifies exactly | **2 — PRC** | **PRC Central Authority** at Unit 1004 |
| 9 | shelery.com | English-fabricated | Storefront Contact Us; PayPal | **Website: no physical address published.** Contact page gives only support@shelery.com<br>**PayPal:** shares the No. 7 account, 佳华领创广场 1004 | As No. 8 *(Ex. B, No. 4)* | As No. 8 | **2 — PRC** | **PRC Central Authority** at Unit 1004 |
| 10 | hibahdiamondpaintingartstudio.com | English-descriptive | Storefront Contact Us; PayPal; PRC company registry | **Registered (SAMR / Tianyancha, captured 8/5/2026):** 义乌市缕贲电子商务有限公司 (Yiwu Lvben Electronic Commerce Co., Ltd.), USCC 91330782MA28E18F0M, at 浙江省义乌市北苑街道春华路 588 号 A9 栋 306 室 (Rm 306, Bldg A9, No. 588 Chunhua Rd, Beiyuan, Yiwu) | **Registry VERIFIES the company and its registered seat.** 义乌市缕贲电子商务有限公司 is live (存续), legal rep 姜金虎, incorporated 2016-07-04; | Registry **VERIFIES** the company and its registered seat. The storefront and processor-declared addresses each differ from the registered address of record, which governs for service. | 2 — PRC | **PRC Central Authority** at the registered address 北苑街道春华路 588 号 A9 栋 306 室 |

| No. | Defendant | Name Form | Source(s) | Address(es) of Record | Verification Result | Assessment | Tier | Service lane |
|---|---|---|---|---|---|---|---|---|
| | | | | **Website:** "Room 304, Unit 1, Building 28, District 5, North Station, Houzhai Street, Yiwu City, Zhejiang Province" <br> **PayPal:** same company at 星子县蛟塘镇新宁罗家垅 72 号 (Xingzi County, Jiangxi) | registered address 北苑街道春华路 588 号 A9 栋 306 室. The 8/5 Chinese-character re-run separately confirmed the storefront's North Station address. The registered address governs for service *(see Ex. B, No. 13)* | Address ascertained. | | |
| 11 | fnooo.com | English-fabricated | Storefront Contact Us; PayPal | **Website:** "Room 1508, 15/F, Office Tower Two, Langham Place, 625 Nathan Road, Mong Kok, Hong Kong" — publishes "Wulu Link Limited" <br> **PayPal:** 深圳市今山服装有限公司 at a residential condominium in Bangkok, Thailand, no unit number, no PRC address on file | Storefront publishes a Hong Kong address. | Hong Kong address; Plaintiff seeks service by email under Hague Article 10(a). | **2 — HK** | **Hague Art. 10(a)** postal channel and email, to the registry form of the address |
| 12 | hippiesale.com | — | — | **APPEARING DEFENDANT.** Appearance at [19]; motion to dismiss at [20], denied without prejudice at [22]. Excluded from this investigation per counsel | n/a | n/a | n/a | n/a — represented by counsel |
| 13 | hnear.com | English-fabricated | Storefront Contact Us; PayPal | **Website:** "Room 1508, 15/F, Office Tower Two, Langham Place, 625 Nathan Road, Mong Kok, Hong Kong," expressly labelled by the Defendant "**Registered Address**" — publishes "Wulu Link Limited" <br> **PayPal:** WULU LINK LIMITED, Hung To Centre, Kwun Tong | Storefront publishes a Hong Kong address. | Hong Kong address; Plaintiff seeks service by email under Hague Article 10(a). | **2 — HK** | **Hague Art. 10(a)** postal channel and email |
| 14 | flycola.com | English-fabricated | Storefront Contact Us; | **Website:** "Room 1508, 15/F, Office Tower Two, Langham Place, 625 | Storefront publishes a Hong Kong | Hong Kong address; Plaintiff | **2 — HK** | **Hague Art. 10(a)** postal channel |

| No. | Defendant | Name Form | Source(s) | Address(es) of Record | Verification Result | Assessment | Tier | Service lane |
|---|---|---|---|---|---|---|---|---|
| | | | PayPal | Nathan Road, Mong Kok, Hong Kong" — publishes "Wulu Link Limited" **PayPal:** shares the Wulu Link account | address. | seeks service by email under Hague Article 10(a). | | and email |
| 15 | eooaa.com | English-fabricated | Storefront Contact Us; PayPal | **Website:** "Room 1508, 15/F, Office Tower Two, Langham Place, 625 Nathan Road, Mong Kok, Hong Kong" — publishes "Wulu Link Limited" **PayPal:** shares the Wulu Link account | Storefront publishes a Hong Kong address. | Hong Kong address; Plaintiff seeks service by email under Hague Article 10(a). | **2 — HK** | **Hague Art. 10(a)** postal channel and email |
| 16 | goodsmarkets.com | English-fabricated ("goods markets") | Storefront Contact Us; PayPal | **Website:** "Goodsmarkets Ltd. / Unit 1603, 16/F, East Tower / World Finance Centre / Harbour City, 1 Canton Road / Tsim Sha Tsui, Kowloon / Hong Kong," +852 1988 8598 **PayPal:** 深圳优晨教育有限公司 at a residential house in Hyde Park, New York, USA; no PRC address on file | Google Maps returned **"Partial match"**, striking through "Unit 1603, 16/F, East Tower World Finance Centre Harbour City, 1 Canton Road" and resolving no further than "Tsim Sha Tsui, Kowloon Hong Kong" (no reviews). **World Finance Centre comprises a North Tower and a South Tower; there is no East Tower. Hong Kong Companies Registry:** no active entity reconcilable to this storefront under the name "Goodsmarkets Ltd." *(see Ex. B, No. 11)* | Published address names a tower that does not exist, and the published company name returns no reconcilable registry entity. Declared PayPal address is a US residence | 1 | Email, Rule 4(f)(3) |
| 17 | citybeloved.com | English- | Storefront | **Website:** "28F, The Centre, 99 | Google Maps | Floor-level address | 1 | Email, Rule |

| No. | Defendant | Name Form | Source(s) | Address(es) of Record | Verification Result | Assessment | Tier | Service lane |
|---|---|---|---|---|---|---|---|---|
| | | fabricated ("city beloved") | Privacy Policy; PayPal | Queen's Road Central, Hong Kong," +852 2368 1542. **No company name published** **PayPal:** no account produced for this Defendant | resolves 99 Queen's Road Central to The Center, a commercial tower housing at least two serviced-office/coworking operators (Bela Offices 48/F; Regus The Center), and returned nothing at the 28th floor associated with this Defendant. No company name is published, so there is no name to search in the HK registry *(see Ex. B, No. 12)* | only, no unit; no company name; no processor account. No address of record from any source | | 4(f)(3) |
| 18 | kubaola.com | English-transliterated | Storefront Terms of Service; PayPal | **Website: no physical address published.** Contact page gives only service@kubaola.com **PayPal:** 廉江石岭肖凤便民小卖部 at 垭坭塘村 99 号, 石岭镇, 廉江市 (No. 99 Yanitang Village, Shiling Town, Lianjiang) | Website publishes no address. **Registry:** 个体工商户 (sole proprietorship), operator 肖凤, est. 2023-01-13, status 开业; registry confirms the township but does not disclose the village unit *(see Ex. B, No. 10)* | No published address; declared address is a rural village sole-proprietor convenience store shared across three storefronts | 1 | Email, Rule 4(f)(3) |
| 19 | wonderclosets.com | English-fabricated | Storefront Contact Us; PayPal | **Website: no physical address published.** Contact page states "We offer email/FB Messenger customer service only," | Website publishes no address. The Munich house number could not be | No published address; declared address is in a third country and | 1 | Email, Rule 4(f)(3) |

| No. | Defendant | Name Form | Source(s) | Address(es) of Record | Verification Result | Assessment | Tier | Service lane |
|---|---|---|---|---|---|---|---|---|
| | | | | service@wonderclosets.com **PayPal:** 深圳市晓大环贸易有限公司 at "Kapuzinerstraße 88," Munich, Germany; no PRC address on file | confirmed to exist on that street. A Shenzhen company declaring a German street address with no PRC address on file *(see Ex. B, No. 9)* | unconfirmable. The 6/30 intake table recorded "Wilson Business Park, Manchester, England" for this Defendant; the page no longer publishes any address | | |
| 20 | lvkoko.com | English-fabricated | Storefront Contact Us; PayPal | **Website:** "FLAT 1506, 15/F, CHEUNG FUNG COMMERCIAL BLDG, 21-25 CHEUNG SHA WAN ROAD, Sham Shui Po, Hong Kong (this is not a returning address)" — publishes "Hongkong Milvus E-Commerce Limited" **PayPal:** shares the No. 1/No. 2 Kingkey Binhe D1-16B account | Storefront publishes a Hong Kong address. | Hong Kong address; Plaintiff seeks service by email under Hague Article 10(a). | **2 — HK** | **Hague Art. 10(a)** postal channel and email |
| 21 | luxuristore.com | English-fabricated ("luxuri store") | Storefront Terms of Service; PayPal | **Website: no physical address published.** Contact page gives only service@Luxuristore.com and a web form **PayPal:** shares the No. 18 account, 廉江石岭肖凤便民小卖部, 垭坭塘村 99 号 | Website publishes no address. **Registry:** as No. 18 *(Ex. B, No. 10)* | No published address; shared village sole-proprietor account | 1 | Email, Rule 4(f)(3) |
| 22 | noabella.com | English-fabricated | Storefront Contact Us; PayPal | **Website: no physical address published.** The contact page is an **unedited storefront template**: it gives the contact email as "info@example.com" and displays the template's own instruction, "(Note: You can add a contact form app here to collect customer messages.)" **PayPal:** shares the No. 18 account, 垭坭塘村 99 号 | Website publishes no address and no genuine contact email. **Registry:** as No. 18 *(Ex. B, No. 10)* | No published address; the Defendant never entered contact information at all | 1 | Email, Rule 4(f)(3) |

| No. | Defendant | Name Form | Source(s) | Address(es) of Record | Verification Result | Assessment | Tier | Service lane |
|---|---|---|---|---|---|---|---|---|
| 23 | freemagician.com | English-fabricated | Storefront Terms & Conditions; PayPal | **Website: no physical address published.** Contact page gives only support@freemagician.com **PayPal:** 深圳市嗨逗电子商务有限公司 at 天圣工业园 8 栋 7 楼, 万江街道, 东莞市 (Dongguan) | Website publishes no address. **Registry:** 深圳市嗨逗电子商务有限公司 is registered at 深圳市南山区桃源街道福光社区塘岭路 1 号崇文花园 4 号办公楼 1110, in **Shenzhen**, not Dongguan; legal rep 张继成 *(see Ex. B, No. 8)* | No published address; city-level mismatch between company name, declared address, and registered address | 1 | Email, Rule 4(f)(3) |
| 24 | justfashionnow.com | English-descriptive | Storefront Terms & Conditions; PayPal | **Website:** "HONGKONG FANXING CO., LIMITED; Company number: 2732977; Address: 9/F MW TOWER NO.111 BONHAM STRAND SHEUNG WAN HONGKONG (Not Return Address)" **PayPal:** 北京细刻网络科技有限公司 (ChicV) at 广州市增城区永宁街凤凰城凤鸣苑十街 18 号, a residential unit | Storefront publishes a Hong Kong address. | Hong Kong address; Plaintiff seeks service by email under Hague Article 10(a). | 2 — HK | **Hague Art. 10(a)** postal channel and email to the registered office |

## Tier definitions and counts — Plaintiff's current assessment

• **Tier 1 — no address resolving to the Defendant ascertained.** No physical address that resolves to the Defendant could be ascertained from any source after the diligence recorded above. **10 Defendants: Nos. 3, 5, 6, 16, 17, 18, 19, 21, 22, 23.**

• **Tier 2 (HK) — address ascertained and verified.** The address the Defendant publishes is the current registered office of record of a live Hong Kong company the Defendant itself names. Hong Kong's Convention declarations object only to Article 10(b) and 10(c) and are silent as to Article 10(a). **9 Defendants: Nos. 1, 2, 4, 11, 13, 14, 15, 20, 24.**

- **Tier 2 (PRC) — address ascertained and verified.** The registered address of a live PRC company at an identifiable unit has been ascertained (for Nos. 7-9, matching the processor-declared address; for No. 10, confirmed in the company registry). The PRC has objected to Article 10. **4 Defendants: Nos. 7, 8, 9, 10.**

Total: 10 + 9 + 4 = **23 non-appearing Defendants**. Defendant No. 12 has appeared and is excluded.

**These tiers state the service channel Plaintiff seeks for each Defendant in the accompanying Motion for Leave to Effect Service by Electronic Means:** email under Rule 4(f)(3) for the nineteen Tier 1 and Tier 2 (HK) Defendants, and the PRC Central Authority for the four Tier 2 (PRC) Defendants. Defendant No. 12 has appeared and is excluded.