# Exhibit B

# EXHIBIT B

## Company Registry Records

to the Declaration of Yanling Jiang

Hong Kong searches conducted August 3, 2026; People's Republic of China searches conducted July 6, 2026.

## Part I — Hong Kong (source: the Hong Kong Companies Registry)

### Entry 1 — Hongkong Milvus E-Commerce Limited

**Applies to Defendants Nos. 1 (naturocraftshop.com), 2 (hokykm.com), 4 (lanopal.com), 20 (lvkoko.com).**

| Field | Record |
| --- | --- |
| Registered English name | Hongkong Milvus E-Commerce Limited |
| Date of incorporation | 28 February 2023 |
| Company type | Private company limited by shares |
| Status | **Live** |
| Registered office of record | "FLAT 1506, 15/F, CHEUNG FUNG COMMERCIAL BLDG, 21-25 CHEUNG SHA WAN ROAD, SHAM SHUI PO, HONG KONG" |

**Comparison to the address the Defendants publish:** identical unit, floor, building, and street address. **Match.**

### Entry 2 — Wulu Link Limited

**Applies to Defendants Nos. 11 (fnooo.com), 13 (hnear.com), 14 (flycola.com), 15 (eooaa.com).**

| Field | Record |
| --- | --- |
| Registered English name | Wulu Link Limited |
| Date of incorporation | 13 October 2025 |
| Company type | Private company limited by shares |
| Status | **Live** |
| Registered office of record | 香港 旺角 彌敦道 625 號 雅蘭中心辦公樓二期 15 樓 1508 室 (Room 1508, 15th Floor, Office Tower Phase 2, Grand Plaza, 625 Nathan Road, Mong Kok, Hong Kong) |

**Comparison to the address the Defendants publish: room, floor, street number and street name are identical. Match.**

**Entry 3 — HONGKONG FANXING CO., LIMITED**

**Applies to Defendant No. 24 (justfashionnow.com).**

| Field | Record |
|---|---|
| Registered English name | HONGKONG FANXING CO., LIMITED |
| Date of incorporation | 10 August 2018 |
| Company type | Private company limited by shares |
| Status | **Live** |
| Registered office of record | "9/F., MW TOWER, NO. 111 BONHAM STRAND, SHEUNG WAN, HONG KONG" |

**Comparison to the address the Defendant publishes: identical floor, building, and street address. Match.**

**Entry 5 — Mgoat Technology Limited**

**Applies to Defendant No. 7 (aomiss.com).**

| Field | Record |
|---|---|
| Registered English name | Mgoat Technology Limited |
| Date of incorporation | 28 December 2023 |
| Company type | Private company limited by shares |
| Status | **Live** |
| Registered office of record | "UNIT 98 OF FACTORY A 1/F, UNION HING YIP FACTORY BUILDING, NO. 20 HING YIP STREET, KWUN TONG, HONG KONG" |

**Comparison to the address the Defendant publishes:** the Defendant publishes "RM03, 24/F, Ho King Comm CTR, 2-16 Fayuen ST," in Mong Kok. That is **not** the registered office of record, which is in Kwun Tong. **Mismatch.** The company is nonetheless live, and its registered office is ascertainable.

**Entry 11 — "Goodsmarkets Ltd." — no reconcilable entity**

**Applies to Defendant No. 16 (goodsmarkets.com).**

The storefront publishes the company name "Goodsmarkets Ltd." at "Unit 1603, 16/F, East Tower, World Finance Centre, Harbour City, 1 Canton Road, Tsim Sha Tsui, Kowloon, Hong Kong."

**Registry result: no active entity reconcilable to this storefront was returned under that name.** Searches of the the Hong Kong Companies Registry Hong Kong company directory under the published name and its variants returned no matching company record, and no directory or web result identifies a Hong Kong company of that name.

**Independent defect in the published address.** World Finance Centre at Harbour City comprises a **North Tower** and a **South Tower**. Commercial leasing records for the complex identify "World Finance Centre South Tower, 17 Canton Road"; there is **no East Tower**, and no World Finance Centre tower at 1 Canton Road. Google Maps returned only a partial match for the published address, striking through the unit, floor, tower and building and resolving no further than the district.

### Entry 12 — Defendant No. 17 — no company name published

**Applies to Defendant No. 17 (citybeloved.com).**

The storefront publishes only "28F, The Centre, 99 Queen's Road Central, Hong Kong" and a telephone number, +852 2368 1542. **No company name is published on any page of the storefront.** There is therefore no name to search in the Hong Kong company registry, and no registry entry can be returned. PayPal produced no account for this Defendant.

Google Maps resolves 99 Queen's Road Central to The Center, a commercial tower which houses at least two serviced-office and coworking operators (Bela Offices, 48/F; Regus The Center), and returned nothing at the 28th floor associated with this Defendant. The published address gives a floor but no unit.

## Part II — People's Republic of China

### Entry 4 — 深圳市极尽科技有限公司 (Shenzhen Jijin Technology Co., Ltd.)

**Applies to Defendants Nos. 7, 8, 9 (shared PayPal account).**

| Field | Record |
| --- | --- |
| Registered name | 深圳市极尽科技有限公司 |
| USCC | 91440300MA5H98AH5M |
| Legal representative | 邹新宇 |
| Registered capital | 10 万元 |
| Established | 1 April 2022 |
| Status | 存续 (active) |
| Registered address | 深圳市宝安区新桥街道沙企社区蚝乡路佳华领创广场 1004 |

**Comparison to the address declared to PayPal:** identical. **Exact match.** 佳华领创广场 (Jiahua Lingchuang Plaza) is a commercial office building in Bao'an District, and Unit 1004 is a specific, identifiable office unit. Registered business scope covers general retail and e-commerce.

This is the only PRC entity in this matter whose registered address matches the address declared to the payment processor.

**Entry 6 —** 深圳市红鸢电子商务有限公司 **and** 深圳市优艺远贸易有限公司

**Applies to the addresses Defendants Nos. 1, 2, 4, 20 declared to PayPal.** *(The address these Defendants publish on their own storefronts verifies to Entry 1; this entry records the separate processor-declared address, which does not.)*

**PayPal-declared address for all four:** 深圳市福田区滨河大道 9289 号京基滨河时代广场南区 D1 座 16B.

| Entity | Defendants | Registered address of record | Match? |
|---|---|---|---|
| 深圳市红鸢电子商务有限公司 | 1, 2, 20 | 深圳市福田区沙头街道天安社区泰然九路盛唐商务大厦西座 1602 | No: Different building and sub-district within Futian |
| 深圳市优艺远贸易有限公司 | 4 | 深圳市龙岗区坪地街道坪西社区横坪路(高桥段)21 号 203 | No: Different district (Longgang, not Futian) |

Both entities share the same legal representative, 林宇森. Registered capital 50 万元 and 100 万元 respectively.

**Nature of the declared premises.** Chinese-language sources for the 京基滨河时代广场 development record that towers D1, D2 and D3 are 70-year 产权普通住宅 (ordinary residential property rights, primary use 居住), while towers C1 to C3 are 50-year 产权商务公寓 (commercial apartments eligible for office registration). Unit 16B of tower D1 is therefore a residential unit, and no 住改商 (residential-to-commercial conversion) is indicated in any record located.

**Entry 7 — The Room 201 cluster (Defendant No. 3)**
**Applies to Defendant No. 3 (kelisiting.com).**

**PayPal-declared address:** 深圳市宝安区沙井街道步涌社区新和大道 179 号 201. Defendant No. 3 is associated with **thirty-two** PayPal accounts held in the names of **at least seven** different companies, all declaring this single address.

**Nature of the premises.** 步涌新村 is a 2003 self-built urban-village (城中村) rental building with approximately 1,946 households, owner-self-managed, no parking. It is residential, not commercial premises.

| Company | USCC | Registered address of record | Match to Rm 201? | Capital | Legal rep |
|---|---|---|---|---|---|
| 深圳市蒲公英信息科技有限公司 | 91440300MA5F5M3A8R | 新和大道 179 号 **201** | Yes: Exact | 100 万元 | 曾运廷 |
| 深圳市羽炫信息技术有限公司 | 91440300MA5FLN7CXY | 新和大道 179 号 **201-3** | Partial: Adjacent unit | 5 万元 | 曾俊晓 |
| 蓝精灵易购电子商务(深圳)有限公司 | 91440300MA5FELJK8N | 新和大道 179 号 **303** | Partial: Different floor | 1 万元 | 曾运廷 |
| 深圳市日晟信息科技有限公司 | 91440300MA5FLL4C55 | 深圳市南山区桃源街道高发科技园一路 10 号陶然居 2 栋 301 | No: Nanshan District | 1 万元 | 黄亚水 |
| 深圳市善牛网络科技有限公司 | 91440300MA5G1Q6EX9 | 深圳市福田区梅林街道中康路 128 号卓越梅林中心广场(北区)1 号楼 306-b | No: Futian District | 1 万元 | 谢慧娟 |
| 深圳市新风华科技发展有限公司 | — | **not individually searched** | — | — | — |
| 深圳市杏语 | — | **not** | — | — | — |

| 科技有限公司 | | **individually searched** | | | |
|---|---|---|---|---|---|

**Findings.** Of the five companies searched, one is registered at the declared Room 201, two are registered at other units in the same building, and two are registered in entirely different districts of Shenzhen. Two of the seven companies were not individually searched, and that limitation is disclosed. 曾运廷 is the legal representative of two of the entities. Several entities show 0 or 1 社会保险参保人数 (social-insurance participants), indicating no workforce at the registered address.

**Entry 8 — 佛山市素芳服饰有限公司 and 深圳市嗨逗电子商务有限公司**

**Applies to Defendants Nos. 5 (airpears.com) and 23 (freemagician.com).**

**PayPal-declared address for both:** 东莞市万江街道港口大道洛涌坊工业二路 1 号天圣工业园 8 栋 7 楼.

| Entity | Defendant | Registered address of record | Match? |
|---|---|---|---|
| 佛山市素芳服饰有限公司 | 5 | 广东省佛山市顺德区容桂街道小黄圃社区悦海中路 1 号银涛苑 3 栋 814 房（住所申报） | No: **Foshan**, not Dongguan; a residential unit, registered by 住所申报 (simplified address declaration) |
| 深圳市嗨逗电子商务有限公司 | 23 | 深圳市南山区桃源街道福光社区塘岭路 1 号崇文花园 4 号办公楼 1110 | No: **Shenzhen** (Nanshan), not Dongguan. Legal representative 张继成 |

**Finding.** In each instance the city named in the company's own registered name (Foshan; Shenzhen) matches the city of its registered address, and neither matches the Dongguan address declared to the payment processor.

**Entry 9 — Declared entities without verifiable registry particulars**

**Applies to Defendants Nos. 6 (yellowf.com) and 19 (wonderclosets.com).**

| Defendant | Declared entity and address | Registry result |
|---|---|---|
| 6 | "Changsha Xingsha Ruisheng | The declared name states a |

| | | |
|---|---|---|
| | Billiards Club," at "Xinqiao Street, Shenzhen" | locality in **Hunan** province (Changsha Xingsha) and a trade (a billiards club) unrelated to apparel e-commerce, while the declared address is a **Shenzhen** street with no building or unit number. No registry entity reconcilable to this storefront was located. |
| 19 | 深圳市晓大环贸易有限公司, at "Kapuzinerstraße 88," Munich, Germany | A Shenzhen-registered company declaring a German street address, with **no address in China on file**. The house number could not be confirmed to exist on that street. |

The 30 June 2026 intake table recorded "Wilson Business Park, Manchester, England (This is not a returning address)" as Defendant No. 19's published address, and "Stockport Road, Manchester, England" for Defendants Nos. 6, 8 and 9. As of 3 August 2026 none of those storefronts publishes any address. Plaintiff holds no capture of the earlier pages and relies only on the current state.

**Entry 10 — 廉江石岭肖凤便民小卖部 (Lianjiang Shiling Xiao Feng Convenience Store)**

**Applies to Defendants Nos. 18 (kubaola.com), 21 (luxuristore.com), 22 (noabella.com) (shared PayPal account).**

| Field | Record |
|---|---|
| Registered name | 廉江石岭肖凤便民小卖部 |
| Entity type | 个体工商户 (individual business / sole proprietorship) |
| Operator | 肖凤 |
| Established | 13 January 2023 |
| Status | 开业 (open) |
| PayPal-declared address | 广东省廉江市石岭镇垭坭塘村 99 号 |
| Registered address of record | Confirmed to 廉江市石岭镇 (Lianjiang City, Shiling Township). **The village-level unit (垭坭塘村 99 号) is not disclosed in publicly indexed** |

|  | **records** and is available only through official registry channels geo-blocked from the United States. |
|---|---|

**Finding.** A sole-proprietor village convenience store, with no corporate form and no commercial infrastructure, is the declared account holder for three cross-border storefronts. The exact village unit could not be confirmed from any accessible source.

**Entry 13 — 义乌市缕贲电子商务有限公司 (Yiwu Lvben Electronic Commerce Co., Ltd.)**

**Applies to Defendant No. 10 (hibahdiamondpaintingartstudio.com).**

*Source: Tianyancha 天眼查, www.tianyancha.com/company/2965204813, captured August 5, 2026.*

| Field | Record |
|---|---|
| Registered name | 义乌市缕贲电子商务有限公司 |
| USCC (统一社会信用代码) | 91330782MA28E18F0M |
| Legal representative (法定代表人) | 姜金虎 |
| Registered capital | 5 万人民币 |
| Established | 2016-07-04 |
| Status | 存续 (active) |
| Registered address of record | 浙江省义乌市北苑街道春华路 588 号 A9 栋 306 室（自主申报） |

**Comparison to the addresses the Defendant discloses.** The registered address differs from the address the Defendant publishes on its storefront (后宅街道北站五区 28 幢 1 单元 304 室, in the North Station area of Houzhai Subdistrict, Yiwu) and from the address it declared to PayPal (a hamlet in Xingzi County, Jiangxi, a county abolished in 2016). The registered address is the company's address of record and governs for service through the PRC Central Authority.

**Entry 14 — 北京细刻网络科技有限公司 (Beijing Xike Network Technology Co., Ltd. / "ChicV")**

**Applies to the address Defendant No. 24 declared to PayPal.** *(The address No. 24 publishes on its own storefront verifies to Entry 3; this entry records the separate processor-declared address, which does not.)*

| Field | Record |
|---|---|
| Registered name | 北京细刻网络科技有限公司 |
| Legal representative | 杨兴建 |
| Registered capital | 1000 万元 |
| Established | 4 December 2014 |
| Registered seat | 北京市昌平区生命科学园医科路 9 号院 4 号楼三层 303-232 (Changping District, Beijing) |
| Guangzhou branch of record | 广州市番禺区番山超能创业园 (Panyu District) |
| PayPal-declared address | 广州市增城区永宁街凤凰城凤鸣苑十街 18 号 (a residential unit in the 凤凰城 estate, Zengcheng District, Guangzhou) |
| Match? | No: The declared address matches neither the Beijing registered seat nor the Guangzhou branch address of record |