# Exhibit C

# EXHIBIT C

## Index of Website and Map Captures

to the Declaration of Yanling Jiang

**Defendant No. 1 (naturocraftshop.com)**

Published address, Terms of Service

> and are governed by the Local Law.
>
> **SECTION 18 - CONTACT INFORMATION**
>
> Questions about the Terms of Service should be sent to us at naturocraftservice@gmail.com.
>
> HK office
>
> Company Name: Hongkong Milvus E-Commerce Limited
>
> Company Address: FLAT 1506, 15/F, CHEUNG FUNG COMMERCIAL BLDG, 21-25 CHEUNG SHA WAN ROAD, Sham Shui Po, Hong Kong

https://www.naturocraftshop.com/pages/terms-of-service?spm=..product_2e3266a8-333d-498e-8e34-9395375dd289.footer_1.1&spm_prev=..search.s...     3/4

Ex. C-1

**Defendant No. 2 (hokykm.com)**

Published address, Contact Us

> 🗨 Free shipping for orders over $79.99
>
> Q  **HOKYKM**  USD ˅
>
> Home     Spring Picks     Shirts     Sweaters     Dresses     Men's Collections     Accessories
>
> # Contact us
>
> Your satisfaction is our top priority, and we are dedicated to ensuring that you have the best possible experience with us. If you have any questions, or concerns, or need assistance, please don't hesitate to contact us. We are here to help and support you every step of the way. Your feedback is invaluable to us, and we are committed to addressing any issues promptly and effectively. Thank you for choosing us, and we look forward to serving you!
>
> Company Name: Hongkong Milvus E-Commerce Limited
> Company Number: +14157028790
> Address: FLAT 1506, 15/F, CHEUNG FUNG COMMERCIAL BLDG, 21-25 CHEUNG SHA WAN ROAD, Sham Shui Po, Hong Kong (this is not a returning address)
>
> Customer Service:
>
> E-mail: hokykmservice@gmail.com

Ex. C-2

**Defendant No. 3 (kelisiting.com)**
Contact Us page, no address published



Ex. C-3

**Defendant No. 4 (lanopal.com)**
Published address, Contact Us



Ex. C-4

**Defendant No. 5 (airpears.com)**

Contact Us page, no address published



Ex. C-5

**Defendant No. 6 (yellowf.com)**

Contact Us page, no address published



Ex. C-6

**Defendant No. 7 (aomiss.com)**
Published address, Contact Us



Ex. C-7

**Defendant No. 7 (aomiss.com)**
Google search results for the published address



Ex. C-8

**Defendant No. 7 (aomiss.com)**

Google Maps results for the published address



Ex. C-9

**Defendant No. 8 (funiya.com)**

Contact Us page, no address published





Ex. C-10

**Defendant No. 9 (shelery.com)**

Contact Us page, no address published



Ex. C-11

**Defendant No. 10 (hibahdiamondpaintingartstudio.com)**

Published address, Contact Us



Ex. C-12

**Defendant No. 10 (hibahdiamondpaintingartstudio.com)**
Google search results for the published address



Ex. C-13

**Defendant No. 10 (hibahdiamondpaintingartstudio.com)**
Google Maps results for the published address, partial match



Ex. C-14

**Defendant No. 10 (hibahdiamondpaintingartstudio.com)**

Baidu Maps results for the published address, Chinese-character search (August 5, 2026)



Ex. C-15

**Defendant No. 10 (hibahdiamondpaintingartstudio.com)**

PRC company registry record for 义乌市缕贲电子商务有限公司 (Tianyancha), captured August 5, 2026



Ex. C-16

**Defendant No. 11 (fnooo.com)**

Published address, Contact Us



Ex. C-17

**Defendant No. 13 (hnear.com)**

Published registered address, Contact Us



Ex. C-18

**Defendant No. 14 (flycola.com)**

Published address, Contact Us



## Contact us

The FLYCOLA well-dressed customer service team is always ready to provide you with excellent service! If you encounter any questions or difficulties during browsing or shopping, simply send an email to flycolashop@gmail.com . Please make sure to provide a detailed explanation of your issue in the email, including but not limited to your order number, email address used during purchase, and other relevant information. We promise to provide you with a detailed response and solution within 48 hours of receiving the email. Thank you for your understanding and patience. Let's work together to create a happy shopping experience!

We are owned and operated by a professional and enthusiastic team dedicated to providing high-quality services and excellent products. May every day be filled with sunshine, and may you have a wonderful day!

Email: flycolashop@gmail.com

Response time: We will reply to your email within 24-48 hours.

**Company Name:** Wulu Link Limited
**Address:** Room 1508, 15/F, Office Tower Two, Langham Place, 625 Nathan Road, Mong Kok, Hong Kong

Ex. C-19

**Defendant No. 15 (eooaa.com)**

Published address, Contact Us



## Contact us

The EOOAA well-dressed customer service team is always ready to provide you with excellent service! If you encounter any questions or difficulties during browsing or shopping, simply send an email to eooaa2@outlook.com . Please make sure to provide a detailed explanation of your issue in the email, including but not limited to your order number, email address used during purchase, and other relevant information. We promise to provide you with a detailed response and solution within 48 hours of receiving the email. Thank you for your understanding and patience. Let's work together to create a happy shopping experience!

We are owned and operated by a professional and enthusiastic team dedicated to providing high-quality services and excellent products. May every day be filled with sunshine, and may you have a wonderful day!

Email: eooaa2@outlook.com

Response time: We will reply to your email within 24-48 hours.

Company Name: Wulu Link Limited
Address: Room 1508, 15/F, Office Tower Two, Langham Place, 625 Nathan Road, Mong Kok, Hong Kong

Ex. C-20

**Defendant No. 16 (goodsmarkets.com)**
Published address, Contact Us



Ex. C-21

**Defendant No. 16 (goodsmarkets.com)**
Google search results for the published address



Ex. C-22

**Defendant No. 16 (goodsmarkets.com)**

Google Maps results for the published address, partial match



Ex. C-23

**Defendant No. 17 (citybeloved.com)**

Published address, Privacy Policy



Ex. C-24

**Defendant No. 17 (citybeloved.com)**
Google search results for the published address



Ex. C-25

**Defendant No. 17 (citybeloved.com)**
Google Maps results for the published address



Ex. C-26

**Defendant No. 18 (kubaola.com)**

Contact Us page, no address published





Ex. C-27

**Defendant No. 19 (wonderclosets.com)**

Contact Us page, no address published



Ex. C-28

**Defendant No. 20 (lvkoko.com)**
Published address, Contact Us



Ex. C-29

**Defendant No. 21 (luxuristore.com)**
Contact Us page, no address published



Ex. C-30

**Defendant No. 22 (noabella.com)**

Contact Us page, unedited template, no address published



Ex. C-31

**Defendant No. 23 (freemagician.com)**

Contact Us page, no address published



Ex. C-32

**Defendant No. 24 (justfashionnow.com)**
Published address and company number, Terms & Conditions



Ex. C-33