# Exhibit D

# EXHIBIT D

## Email Addresses for Each Defendant: Storefront-Published and PayPal-Disclosed

to the Declaration of Yanling Jiang

All captures dated August 3, 2026.

This exhibit lists, for each non-appearing Defendant, two categories of email address: (i) the customer-service email the Defendant publishes on its own storefront, captured from the contact page indexed at Exhibit C, sub-item (a); and (ii) the email address or addresses associated with the Defendant's PayPal account, as produced by PayPal, Inc. in response to Plaintiff's subpoena. Plaintiff proposes to effect service by email at both, out of an abundance of caution.

| Def. | Storefront | Storefront-published email | PayPal account email(s) (CONFIRMED & ACTIVE) | Account-List match email |
|---|---|---|---|---|
| 1 | naturocraftshop.com | naturocraftservice@gmail.com | nadonoshop@gmail.com | nadonoshop@gmail.com |
| 2 | hokykm.com | hokykmservice@gmail.com | nadonoshop@gmail.com | nadonoshop@gmail.com |
| 3 | kelisiting.com | kelisitingofficial@hotmail.com | [not individually identifiable; see note] | service@dandelionsnet.com |
| 4 | lanopal.com | lanopalservice@gmail.com | bvlgoryshop@gmail.com | bvlgoryshop@gmail.com |
| 5 | airpears.com | support@airpears.com | jimtb514@gmail.com | jimtb514@gmail.com |
| 6 | yellowf.com | support@yellowf.com | payment@easyoneinc.com; ruishengtaiqiu@hotmail.com | support@easyoneinc.com |
| 7 | aomiss.com | service@aomiss.com | payment@geekimtech.com; support@geekimtech.com; craboss.com@outlook.com | support@geekimtech.com |
| 8 | funiya.com | support@funiya.com | payment@geekimtech.com; support@geekimtech.com; craboss.com@outlook.com | support@geekimtech.com |
| 9 | shelery.com | support@shelery.com | payment@geekimtech.com; support@geekimtech.com; craboss.com@outlook.com | support@geekimtech.com |
| 10 | hibahdiamondpaintingartstudio.com | hibah2020@aliyun.com | 18758910231@139.com; yuming2636417@foxmail.com | 18758910231@139.com |
| 11 | fnooo.com | fnoooshop@outlook.com | 1234372489@163.com | 1234372489@163.com |
| 13 | hnear.com | hnearshop@outlook.com | a592604157@163.com | a592604157@163.com |
| 14 | flycola.com | flycolashop@gmail.com | a592604157@163.com | a592604157@163.com |
| 15 | eooaa.com | eooaa2@outlook.com | a592604157@163.com | a592604157@163.com |
| 16 | goodsmarkets.com | goodsmarkets01@outlook.com | trulaurion3@gmail.com; 804692030@qq.com | mereled@outlook.com |

| 17 | citybeloved.com | citybeloved@outlook.com | [no PayPal account produced] | [not in production] |
|---|---|---|---|---|
| 18 | kubaola.com | service@kubaola.com | kaeleejohson2630@hotmail.com | ravaszshudun80@hotmail.com |
| 19 | wondercloset.com | service@wondercloset.com | queeion@outlook.com | queeion@outlook.com |
| 20 | lvkoko.com | lvkokoservice@gmail.com | nadonoshop@gmail.com | nadonoshop@gmail.com |
| 21 | luxuristore.com | service@Luxuristore.com | kaeleejohson2630@hotmail.com | ravaszshudun80@hotmail.com |
| 22 | noabella.com | none published on the storefront | kaeleejohson2630@hotmail.com | ravaszshudun80@hotmail.com |
| 23 | freemagician.com | support@freemagician.com | goodsnest@gmail.com | goodsnest@gmail.com |
| 24 | justfashionnow.com | support@justfashionnow.com | loveliness@chicv.com | service@thenotdefined.com |

**A storefront-published email is available for twenty-two of the twenty-three non-appearing Defendants; Defendant No. 22 publishes none and is reached through the PayPal-disclosed address, as noted below. A PayPal account record was produced for twenty-two of the twenty-three; no account was produced for Defendant No. 17, and the account for Defendant No. 3 could not be singled out from the thirty-two accounts PayPal produced under the shared operator address service@dandelionsnet.com. An email address is therefore available for every one of the twenty-three Defendants.**

**Note on Defendant No. 22 (noabella.com)**

Defendant No. 22 publishes no usable email address on its storefront. Its contact page is an unedited template: it gives the contact email as "info@example.com," a placeholder reserved for documentation and not a deliverable address, and it displays the template's own unremoved instruction, "(Note: You can add a contact form app here to collect customer messages.)"

An address for Defendant No. 22 is available from the PayPal production. Defendant No. 22 transacts through a payment-processor account it shares with Defendants Nos. 18 and 21. The account record produced by PayPal, Inc. in response to Plaintiff's subpoena identifies the business as 廉江石岭肖凤便民小卖部 and lists the following email addresses:

| Email address on the account record | Primary | Confirmation status | Status |
|---|---|---|---|
| kaeleejohson2630@hotmail.com | **Yes** | **CONFIRMED** | **ACTIVE** |
| lizhihaodeguge@gmail.com | No | none | INACTIVE |
| 3326345005@qq.com | No | none | INACTIVE |

Notice to Defendant No. 22 should be given to **kaeleejohson2630@hotmail.com**, the primary address that PayPal's own records show as confirmed and active. Because that address is the confirmed contact on the account through which the Defendant actually receives payment, it is at least as likely to reach the Defendant as a self-published storefront address.

The same account serves Defendants Nos. 18 and 21, each of which also publishes a working storefront address (service@kubaola.com and service@Luxuristore.com). For those two Defendants Plaintiff proposes to use the published storefront addresses, and identifies the processor address here for completeness.

I note candidly that none of the three addresses on this account corresponds to the registered operator's name, 肖凤: the primary address is an anglophone alias, and the two inactive addresses are different again. That is consistent with the nominee pattern described in Exhibit B, entry 10, and it does not bear on whether the primary address is a working channel for reaching the account holder.