## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

SALLY WALSH,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:26-cv-06675

Judge Mary M. Rowland

Magistrate Judge Albert Berry, III

## PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION ORDER

Plaintiff, SALLY WALSH ("Plaintiff"), seeks entry of a preliminary injunction order, including an injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of infringing Sally Walsh Products, an asset restraint, and authorization to notify Defendants of the proceedings by email and/or electronic publication in an action arising out of 17 U.S.C. § 101 *et seq*. A Memorandum of Law in Support is filed concurrently with this Motion.

DATED: August 7, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 7, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendants by third parties that includes a link to said website.

*/s/ Keith A. Vogt*
Keith A. Vogt, Esq.