**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SALLY WALSH,

    Plaintiff,                            Case No.: 1:26-cv-06675

v.                                 Judge Mary M. Rowland

THE PARTNERSHIPS AND UNINCORPORATED    Magistrate Judge Albert Berry, III
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## <u>DECLARATION OF SALLY WALSH</u>

I, SALLY WALSH, declare and state as follows:

1.     This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2.     I am the artist that creates all the Sally Walsh Works. I make this declaration from matters within my knowledge save where otherwise stated.

3.     I am a mixed media and watercolor artist. I create wildlife and figurative pieces that are fun and lively and often embody my own cheeky and playful spirit. My signature style includes loose, bright splashes of color contrasted with pockets of realism. My art journey started from early childhood, drawing fairies, rainbows, and sun-filled notes for my parents. I then spent many years working in a variety of industries, including graphic design at an advertising agency, in the print industry, and in animation at The Walt Disney Company, where I worked on numerous feature films before launching my own art business in 2011 under the name Sillier Than Sally. My business includes art commissions,

1

participating in art exhibitions, illustrating children's books and novel covers, creating "live art" at corporate events and weddings, teaching in-person and online workshops for adults and school students, as well as licensing my works for use on fabrics, wallpapers, blankets, phone cases, tote bags, and various home and lifestyle products.

4.      I am the official source of products associated with the Sally Walsh Works (the "Sally Walsh Products"):



https://www.greatbigcanvas.com/category/sally-sillier-than/

5.      I am the owner of the copyright registrations for the Sally Walsh copyrighted works, which are protected by United States Copyright Registration Nos. VA 2-376-032; VA 2-377-711; and VA 2-376-025 (the "Sally Walsh Works"). True and correct copies of the copyright registrations for the Sally Walsh Works are attached hereto as **Exhibit 1**.

6.      I control the quality of all materials and content that feature the distinctive Sally Walsh Works.

2

7.      Substantial time, money, and other resources have been expended in developing, advertising, licensing, and otherwise promoting the Sally Walsh Works. As a result, the images are widely recognized and exclusively associated by consumers, the public, and the trade with my name.

8.      The success of the Sally Walsh Works has resulted in significant infringement of my copyrights. Consequently, an anti-pirating program has been implemented to investigate suspicious websites and online marketplace listings identified in proactive internet sweeps. Various marketplace listings have been identified on multiple platforms, including the internet stores identified in Schedule A attached to the Complaint ("Defendant Internet Stores"), which were offering for sale, selling, and importing unauthorized versions of the Sally Walsh Works to consumers in this judicial district and throughout the United States.

9.      I am aware of investigations related to internet-based infringement of the Sally Walsh Works. The investigations show that Defendants are using the Defendant Internet Stores to sell infringing Sally Walsh Products from foreign countries such as China to consumers in the United States. I, or someone working under my direction, analyzed the Defendant Internet Stores and determined that infringing Sally Walsh Products were being offered for sale to the United States, including Illinois. The Defendants and their websites do not conduct business with me and do not have the right or authority to use the copyrights for any reason. True and correct copies of screenshot printouts showing the active Defendant Internet Stores reviewed are attached as **Exhibit 2**.

10.     Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage

to my reputation, goodwill, and control over the nature of the derivative works made using my copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

11. My goodwill and reputation are irreparably damaged when the Sally Walsh Works are used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the Sally Walsh copyrighted materials because infringers take away my ability to control the nature and quality of products bearing the Sally Walsh Works and derivative works.

12. I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the Sally Walsh Works are meant to be exclusive rights.

13. The marketing and distribution of the Sally Walsh Works and derivative works are aimed at growing and sustaining sales. When infringers use the Sally Walsh Works without authorization, the exclusivity associated with the Sally Walsh Works, as well as my reputation, are damaged and eroded, resulting in a loss of unquantifiable future sales.

14. Uncontrolled profiteering and pirating of the Sally Walsh Works create the impression that the copyright rights associated with the Sally Walsh Works may be infringed with impunity. The Sally Walsh Works are distinctive and signify to consumers that the products are authorized by me and are manufactured to my high-quality standards. When infringers use the Sally Walsh Works on goods without authorization, the exclusivity of my products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the Sally Walsh Works cannot be compensated for financially since it erodes my ability to monetize the Sally Walsh Works.

4

15. I will suffer immediate and irreparable injury, loss, or damage if an *ex parte* Temporary Restraining Order is not issued in accordance with Federal Rule of Civil Procedure 65(b)(1).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 7, 2026.



Sally Walsh