Exhibit 1

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-376-032**

**Effective Date of Registration:**
October 23, 2023
**Registration Decision Date:**
December 21, 2023

---

### Title

Title of Work: Interesting Relationships

### Completion/Publication

Year of Completion: 2017
Date of 1st Publication: November 07, 2017
Nation of 1st Publication: Australia

### Author

- Author: Sally Walsh
  Pseudonym: Sillier Than Sally
  Author Created: 2-D artwork
  Citizen of: Australia
  Pseudonymous: Yes

### Copyright Claimant

Copyright Claimant: Sally Walsh
40 Dumbarton Place, Engadine, NSW, Sydney, 2233, Australia

### Rights and Permissions

Name: Sally Walsh
Email: sally@sillierthansally.com
Address: 40 Dumbarton Place
Engadine, NSW
Sydney 2233 Australia

### Certification



Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-377-711

**Effective Date of Registration:**
October 23, 2023

**Registration Decision Date:**
January 08, 2024

---

## Title

|  |  |
|---|---|
| **Title of Work:** | Dragonfly & Dandelion |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | November 20, 2015 |
| **Nation of 1st Publication:** | Australia |

## Author

|  |  |
|---|---|
| **Author:** | Sally Walsh |
| **Pseudonym:** | Sillier Than Sally |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Australia |
| **Pseudonymous:** | Yes |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Sally Walsh |
|  | 40 Dumbarton Place, Engadine, NSW, Sydney, 2233, Australia |

## Rights and Permissions

|  |  |
|---|---|
| **Name:** | Sally Walsh |
| **Email:** | sally@sillierthansally.com |
| **Address:** | 40 Dumbarton Place |
|  | Engadine, NSW |
|  | Sydney 2233 Australia |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-376-025**

**Effective Date of Registration:**
October 23, 2023
**Registration Decision Date:**
December 21, 2023

## Title

Title of Work: Little Miss Bunny

## Completion/Publication

Year of Completion: 2019
Date of 1st Publication: July 03, 2019
Nation of 1st Publication: Australia

## Author

- Author: Sally Walsh
  Pseudonym: Sillier Than Sally
  Author Created: 2-D artwork
  Citizen of: Australia
  Pseudonymous: Yes

## Copyright Claimant

Copyright Claimant: Sally Walsh
40 Dumbarton Place, Engadine, NSW, Sydney, 2233, Australia

## Rights and Permissions

Name: Sally Walsh
Email: sally@sillierthansally.com
Address: 40 Dumbarton Place
Engadine, NSW
Sydney 2233 Australia

## Certification

Page 1 of 2

