**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Sally Walsh

Plaintiff,

v.

Case No.:
1:26–cv–06675

Honorable Mary M.
Rowland

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 12, 2026:

MINUTE entry before the Honorable Mary M. Rowland: Having reviewed Plaintiff's motion for electronic service [29], the Court is not persuaded that Plaintiff has exercised reasonable diligence in attempting to ascertain and verify the mailing addresses for the ten defendants it wishes to serve electronically. Although Plaintiff conducted online research into addresses provided by PayPal and other sources, Plaintiff never took the straightforward step of simply asking those ten defendants directly for their addresses. Plaintiff acknowledges that it has the email addresses and some phone numbers associated with those ten defendants. It would appear reasonable, therefore, to contact those email addresses and phone numbers to inquire whether a physical address can be obtained. Moreover, the Court is not convinced that Plaintiff's online research alone was sufficient. For instance, Plaintiff declares that the address of Defendants No. 5 and 23 is unknown because there is a "mismatch" between two candidate addresses it obtained. A mismatch does not mean an address is unknown, and Plaintiff has not demonstrated any reasonably diligent efforts in investigating those candidate addressesby sending a test mailing or an on–foot investigator, for exampleto determine whether any correspond to the defendant's actual address. The same goes for the other candidate addresses Plaintiff obtained. The motion [29] is therefore denied without prejudice to refile. While the Court understands that Plaintiff also seeks email service on certain Defendants who reside in locations not subject to Article 10(a) of Hague Convention, for judicial economy, the Court will reserve ruling on those Defendants until after it receives Plaintiff's refiled motion. Mailed notice. (vjd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.