# Exhibit 1


SHOPLAZZA
Aomiss ID:914697
Home
Orders
All orders 82
Abandoned checkouts
After-sales 7
Disputes
Waybill management
Products
Customers
Marketing
Analytics
Blog posts
Finances
LazzaStudio
Sales channels
Online store
AdValet
Google
Facebook
TikTok
Snapchat
AdPilot
Microsoft
Apps
Settings
All orders
More
Export
Bulk fulfill orders
Create order
All orders
Unfulfilled (1)
Fulfilled
Completed
Closed
Edit header
All types
WJU174474-PT100S
Min. value
Max. value
Placed at
Start date
End date
Reset
Order no.
Created at
Recipient name
Payment status
Payment method
Product name
Order total
Country/Region
Last visited page
AGY45865
2026-03-26 13:22:42
Larry Carter
Paid
PayPal
1
41.63USD
United States
https://www.aomiss.com/prc
1 records
1

SHOPLAZZA

funiya ID:2209768

- Home
- Orders
  - All orders 7
  - Abandoned checkouts
  - After-sales 4
  - Disputes
  - Waybill management
- Products
- Customers
- Marketing
- Analytics
- Blog posts
- Finances
- LazzaStudio

Sales channels

- Online store
- AdValet
- Google
- Facebook
- TikTok
- Snapchat
- AdPilot
- Microsoft

Apps

## All orders

More | Export | Bulk fulfill orders | Create order

All orders | Unfulfilled (1) | Fulfilled | Completed | Closed

Edit header

All types | WJU174474-PT100S | Min. value – Max. value | Placed at | Start date – End date | Reset

| | Order no. | Created at | Recipient name | Product name | | Order total | Tracking number | Shipping status |
|---|---|---|---|---|---|---|---|---|
| | VAT22505 | 2026-03-26 13:00:01 | Larry Carter |  | 1 | 39.98USD | - | Unfulfilled |

1 records < 1 >


SHOPLAZZA
shelery ID:2212237
Home
Orders
All orders 7
Abandoned checkouts
After-sales
Disputes
Waybill management
Products
Customers
Marketing
Analytics
Blog posts
Finances
LazzaStudio
Sales channels
Online store
AdValet
Google
Facebook
TikTok
Snapchat
AdPilot
Microsoft
Apps
All orders
More
Export
Bulk fulfill orders
Create order
All orders
Unfulfilled (1)
Fulfilled
Completed
Closed
Edit header
All types
WJU174474-PT100S
Min. value
Max. value
Placed at
Start date
End date
Reset
Order no.
Created at
Recipient name
Payment method
Payment status
Order total
Product name
Country/Region
MBZ02035
2026-03-26 13:02:26
Larry Carter
PayPal
Paid
39.98USD
1
United States
1 records
1