# Exhibit 2

SHOPLAZZA

Aomiss ID:914697

- Home
- Orders
  - All orders 82
  - Abandoned checkouts
  - After-sales 7
  - Disputes
  - Waybill management
- Products
- Customers
- Marketing
- Analytics
- Blog posts
- Finances
- LazzaStudio

Sales channels

- Online store
- AdValet
- Google
- Facebook
- TikTok
- Snapchat
- AdPilot
- Microsoft

Apps

- Settings

# Order details

AGY45865

Download | Refund | More actions

Created at: 2026-03-26 13:22:42 Placed at: 2026-03-26 13:23:34

Order no.: 9146971977313626917 97

Transaction ID: 0XK0064475564604A

Ongoing | Paid | Unfulfilled | Add tags (internal use only)

**Total**

| | |
|---|---|
| Item subtotal (Tax excluded) 1 item(s) | 32.99 USD |
| Shipping | 6.99 USD |
| Tariff | 1.65 USD |
| Sales tax | 0.00 USD |
| Shipping tax | 0.00 USD |
| Tax total | 1.65 USD |

Total (Paid) 41.63 USD

## Original order

1 

**Women's Casual Dragonfly&Bird Printed Waistband Overall**
Style: Picture 1/S
SKU: WJU174474-PT100S
SPU: None
Supplier:mysite
jumpsuit

32.99 USD x 1

Total: 32.99 USD
Tariff: 1.65 USD
**Amount paid:34.64 USD**

## Shipping

### Unfulfilled items

Location:Default

1 

Women's Casual Dragonfly&Bird Printed Waistband Overall
Picture 1/S
SKU:WJU174474-PT100S
SPU:N/A

X 1

Fulfill items

## Timeline

- A order confirmation email 'Template' was sent to Oo Ooo(O.o@gmail.com) automatically — 2026-03-26 13:23:35
  Resend
- Oo Ooo(o.o@gmail.com) placed this order on store — 2026-03-26 13:23:35
- Oo Ooo(o.o@gmail.com) updated this order on store — 2026-03-26 13:23:09
- Oo Ooo(o.o@gmail.com) created this order on Online Store — 2026-03-26 13:22:42

### Notes

None

### Customer info

| | |
|---|---|
| Customer name | Oo Ooo |
| Email | o.o@gmail.com |
| Phone number | +1 216 375 8845 |
| First order at | 2026-03-26 13:23:34 |
| Order history | 2 orders |
| Items purchased | 2 items |
| Total spent | 70.66 USD |

Customer tags

--

### Fraud Analysis

The following information can help identify potentially fraudulent orders

- The Location of IP address used to place the order is: Seattle,Washington,US

### Conversion information

| | |
|---|---|
| First visited page | https://www.aomiss.com/products/oil-painting-spring-field-art-printed-womens-flowy-dress?utm_medium=organic&utm_source=Pinterest |
| First touchpoint | Pinterest 2026-03-16 07:43:03 |
| Last visited page | https://www.aomiss.com/products/womens-casual-dragonflybird-printed-waistband-overall |
| Last touchpoint | Direct 2026-03-26 13:22:38 |
| Sales channel | Shoplazza |
| Device type | Desktop |
| Visitor IP address | 2a02:6ea0:d802:2111::11 |

### Payment & additional information

| | |
|---|---|
| Payment method | PayPal |
| Payment channel | PayPal |
| Delivery method | Express shipping |
| Shipping option | Standard Shipping |

### Delivery information

| | |
|---|---|
| Last name | Carter |
| First name | Larry |
| Phone number | +1 216 375 8845 |
| Email | O.o@gmail.com |
| Country/Region | United States |
| Province | Illinois |
| City | Chicago |
| Street | 1111 W 35th Street 15th Floor |
| Apartment | |
| Company | |
| Postal code | 60609-1404 |

### Billing address

| | |
|---|---|
| Last name | Carter |