# Exhibit 3

SHOPLAZZA funiya ID:2209768

- Home
- Orders
  - All orders 7
  - Abandoned checkouts
  - After-sales 4
  - Disputes
  - Waybill management
- Products
- Customers
- Marketing
- Analytics
- Blog posts
- Finances
- LazzaStudio

Sales channels

- Online store
- AdValet
- Google
- Facebook
- TikTok
- Snapchat
- AdPilot
- Microsoft

Apps

- Settings

# Order details

VAT22505

Download Refund More actions

Created at: 2026-03-26 13:00:01 Placed at: 2026-03-26 13:01:06

Order no.: 2209768197730001101944

Transaction ID: 03M94347SC544970X

Ongoing Paid Unfulfilled Add tags (internal use only)

**Total**

| | |
|---|---|
| Item subtotal Tax excluded 1 item(s) | 32.99 USD |
| Shipping | 6.99 USD |
| Tariff | 0.00 USD |
| Sales tax | 0.00 USD |
| Shipping tax | 0.00 USD |
| Tax total | 0.00 USD |

Total Paid 39.98 USD

## Original order

1 

**Women's Casual Dragonfly&Bird Printed Waistband Overall** 32.99 USD x 1 Total: 32.99 USD

Style: Picture 1/S
SKU: WJU174474-PT100S
SPU: None
Supplier:mysite
jumpsuit

Amount paid:32.99 USD

## Shipping

### Unfulfilled items

Location:Default

1 

Women's Casual Dragonfly&Bird Printed Waistband Overall X 1
Picture 1/S
SKU:WJU174474-PT100S
SPU:N/A

Fulfill items

## Timeline

- A order confirmation email 'Template' was sent to Larry Carter(O.o@gmail.com) automatically 2026-03-26 13:01:06
  Resend
- Larry Carter(o.o@gmail.com) placed this order on store 2026-03-26 13:01:06
- Larry Carter(o.o@gmail.com) updated this order on store 2026-03-26 13:00:39
- Larry Carter(o.o@gmail.com) created this order on Online Store 2026-03-26 13:00:01

### Notes

None

### Customer info

| | |
|---|---|
| Customer name | Larry Carter |
| Email | o.o@gmail.com |
| Phone number | +1 216 375 8845 |
| First order at | 2026-03-17 04:20:12 |
| Order history | 5 orders |
| Items purchased | 5 items |
| Total spent | 175.27 USD |

Customer tags

--

### Fraud Analysis

The following information can help identify potentially fraudulent orders

- The Location of IP address used to place the order is: Seattle,Washington,US

### Conversion information

| | |
|---|---|
| First visited page | https://www.funiya.com/products/womens-casual-dragonflybird-printed-waistband-overall?ifb=38451b71-fa97-4a47-ae99-546912c0bd8a&score=0.1111111111111111 |
| First touchpoint | Direct 2026-03-24 07:59:25 |
| Last visited page | https://www.funiya.com/products/womens-casual-dragonflybird-printed-waistband-overall?cfb=38451b71-fa97-4a47-ae99-546912c0bd8a&ifb=38451b71-fa97-4a47-ae99-546912c0bd8a&scm=search.v39.101.102.103.104&score=0.1111111111111111&ssp= |
| Last touchpoint | Direct 2026-03-26 12:59:48 |
| Sales channel | Shoplazza |
| Device type | Desktop |
| Visitor IP address | 2a02:6ea0:d802:2111::11 |

### Payment & additional information

| | |
|---|---|
| Payment method | PayPal |
| Payment channel | PayPal |
| Delivery method | Express shipping |
| Shipping option | Standard Shipping |

### Delivery information

| | |
|---|---|
| Last name | Carter |
| First name | Larry |
| Phone number | +1 216 375 8845 |
| Email | O.o@gmail.com |
| Country/Region | United States |
| Province | Illinois |
| City | Chicago |
| Street | 1111 W 35th Street |
| Apartment | 15th Floor |
| Company | |