# Exhibit 4

SHOPLAZZA

shelery ID:2212237

39

Home
Orders
All orders 7
Abandoned checkouts
After-sales
Disputes
Waybill management
Products
Customers
Marketing
Analytics
Blog posts
Finances
LazzaStudio

Sales channels

Online store
AdValet
Google
Facebook
TikTok
Snapchat
AdPilot
Microsoft

Apps

Settings

# Order details

MBZ02035

Download Refund More actions

Created at: 2026-03-26 13:02:26 Placed at: 2026-03-26 13:03:16

Order no.: 2212237197730146588920

Transaction ID: 9FN80495CJ200901N

Ongoing Paid Unfulfilled Add tags (internal use only)

**Total**

| | |
|---|---|
| Item subtotal Tax excluded 1 item(s) | 32.99 USD |
| Shipping | 6.99 USD |
| Tariff | 0.00 USD |
| Sales tax | 0.00 USD |
| Shipping tax | 0.00 USD |
| Tax total | 0.00 USD |

Total Paid 39.98 USD

## Original order

1  **Women's Casual Dragonfly&Bird Printed Waistband Overall**
Style: Picture 1/S
SKU: WJU174474-PT100S
SPU: None
Supplier:mysite
jumpsuit

32.99 USD x 1

Total: 32.99 USD
Amount paid:32.99 USD

## Shipping

### Unfulfilled items

Location:Default

1  Women's Casual Dragonfly&Bird Printed Waistband Overall
Picture 1/S
SKU:WJU174474-PT100S
SPU:N/A

X 1

Fulfill items

## Timeline

| | |
|---|---|
| A order confirmation email 'Template' was sent to Larry Carter(O.o@gmail.com) automatically<br>Resend | 2026-03-26 13:03:16 |
| Larry Carter(o.o@gmail.com) placed this order on store | 2026-03-26 13:03:16 |
| Larry Carter(o.o@gmail.com) updated this order on store | 2026-03-26 13:02:45 |
| Larry Carter(o.o@gmail.com) created this order on Online Store | 2026-03-26 13:02:26 |

### Notes

None

### Customer info

| | |
|---|---|
| Customer name | Larry Carter |
| Email | o.o@gmail.com |
| Phone number | +1 216 375 8845 |
| First order at | 2026-03-12 06:12:44 |
| Order history | 6 orders |
| Items purchased | 6 items |
| Total spent | 254.88 USD |

Customer tags

--

### Fraud Analysis

The following information can help identify potentially fraudulent orders

- The Location of IP address used to place the order is: Seattle,Washington,US

### Conversion information

| | |
|---|---|
| First visited page | https://www.shelery.com/products/womens-casual-dragonflybird-printed-waistband-overall?ifb=e41c2c4b-447d-44c9-89e5-53116a08127c&score=0.5 |
| First touchpoint | Direct<br>2026-03-24 08:11:19 |
| Last visited page | https://www.shelery.com/products/womens-casual-dragonflybird-printed-waistband-overall?cfb=e41c2c4b-447d-44c9-89e5-53116a08127c&ifb=e41c2c4b-447d-44c9-89e5-53116a08127c&scm=search.v39.101.10977.103.104&score=0.5&ssp= |
| Last touchpoint | Direct<br>2026-03-26 13:02:20 |
| Sales channel | Shoplazza |
| Device type | Desktop |
| Visitor IP address | 2a02:6ea0:d802:2111::11 |

### Payment & additional information

| | |
|---|---|
| Payment method | PayPal |
| Payment channel | PayPal |
| Delivery method | Express shipping |
| Shipping option | Standard Shipping |

### Delivery information

| | |
|---|---|
| Last name | Carter |
| First name | Larry |
| Phone number | +1 216 375 8845 |
| Email | O.o@gmail.com |
| Country/Region | United States |
| Province | Illinois |
| City | Chicago |
| Street | 1111 W 35th Street 15th Floor |
| Apartment | |
| Company | |