# Exhibit 5


PayPal
Create
Home
Activity
Pay & Get Paid
Business Tools
深圳市极尽科技有限公司
</>
$47,143.72 USD
Available balance
Manage money
$2,308.57 USD
Not available yet
Your money isn't available yet. Find out why and what you can do
提交信息以取用资金
如要继续取用资金，您需提交所请求的信息。
您有一个待处理争议
回复以保持账户的良好信誉。
Payment Links - Get paid fast
Customize your Payment Link to help capture your next payment fast
Quick Access
Business Tools
Online checkout
Recurring Payments
Payment Links & Buttons
经营绩效
查看更多
总销售额
$762.19
平均订单价值
$42.34
客户总数
18
PayPal的汇率
37.5%
Add a pre-built checkout page to your website in minutes
Copy/paste a few lines of code. Launch a ready-made checkout with PayPal and card payments
Get Started
Feedback