AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

SALLY WALSH

*Plaintiff(s)*

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

*Defendant(s)*

Civil Action No. 1:26-cv-06675

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* aomiss.com (Defendant No. 7), funiya.com (Defendant No. 8), and shelery.com (Defendant No. 9) on Schedule A
运营者 / Operator：深圳市极尽科技有限公司（法定代表人：邹新宇）深圳市宝安区新桥街道沙企社区蚝乡路佳华领创广场1004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Keith A. Vogt
Keith A. Vogt PLLC
1820 NE 163rd Street, Ste. 306
North Miami Beach, Florida 33162-4801
Telephone: 312-971-6752
E-mail: keith@vogtip.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

THOMAS G. BRUTON, CLERK

Date: August 12, 2026

(By) DEPUTY CLERK

Civil Action No. 1:26-cv-06675

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________

was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________________

______________________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset

# 证明书
## CERTIFICATE
## *ATTESTATION*
## СВИДЕТЕЛЬСТВО

4901CNS20260817

**根据公约第六条，签署本证明书的机关荣幸地证明**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,
Нижеподписавшийся орган имеет честь удостоверить, в соответствии со статьёй 6 Конвенции,

☑ **1. 文书已予送达***
that the document has been served *
que la demande a été exécutée*
что документ был вручен*

| | |
|---|---|
| **– 日期:** *the (date) / le (date) / дата :* | 12.Oct,2026 |
| **– 地点（城镇、街、号）：** *at (place, street, number) / à (localité, rue, numéro) / в (место, улица, номер) :* | Room 1004, Jiahua Lingchuang Plaza, Haoxiang Road, Shaqi Community, Xinqiao Subdistrict, Bao'an District, Shenzhen City, Guangdong Province, China |

**– 采用的第五条所规定的送达方法为:**
*in one of the following methods authorised by Article 5:*
*dans une des formes suivantes prévues à l'article 5 :*
*одним из следующих способов, допускаемых статьёй 5:*

| | |
|---|---|
| ☑ | ***a)* 依公约第五条第一款第（一）项的规定。*** *in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention** *selon les formes légales (article 5, alinéa premier, lettre a)** *в соответствии с положениями подпункта a) пункта 1 статьи 5 Конвенции** |
| ☐ | ***b)* 依下述特定方法*** *in accordance with the following particular method*:* *selon la forme particulière suivante** *в соответствии со следующим особым способом** |
| ☐ | ***c)* 交付给自愿接受的收件人。*** *by delivery to the addressee, if he accepts it voluntarily** *par remise simple** *путём вручения адресату, если он добровольно примет документ** |

**请求书中所列文书已交付给:**
The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :
Указанные в запросе документы были переданы:

| | |
|---|---|
| **收件人身份和说明:** Identity and description of person: Identité et qualité de la personne : Личность и описание лица: | With a seal of the company |
| **与受送达人的关系（家庭、业务及其他）：** Relationship to the addressee (family, business or other): Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : Отношение к адресату (семейное, деловое или иное): | |

☐ **2. 由于下列事实文书未能送达：***
that the document has not been served, by reason of the following facts*:
que la demande n'a pas été exécutée, en raison des faits suivants*
что документ не был вручен по следующим причинам*:

| |
|---|
| |

☐ **按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用。**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.*
В соответствии с пунктом 2 статьи 12 Конвенции заявителю предлагается оплатить или возместить расходы, указанные в прилагаемом расчёте*.

**附：**
Annexes / Annexes / Приложения

| | |
|---|---|
| **退还的文书:** Documents returned: *Pièces renvoyées :* Возвращаемые документы: | |
| **适当时，确认送达的文书：** In appropriate cases, documents establishing the service: *Le cas échéant, les documents justificatifs de l'exécution :* В надлежащих случаях — документы, подтверждающие вручение: | |

***适当时**
*if appropriate / s'il y a lieu / если применимо / в надлежащих случаях*

| | |
|---|---|
| **制于（地点）**<br>*Done at / Fait à / Составлено в*<br>北京<br>Beijing<br>**日期**<br>*the / le / дата*<br>2026.11.02 | **签名和（或）盖章**<br>*Signature and/or stamp / Signature et / ou cachet / Подпись и/или печать*<br>中华人民共和国<br>司法部<br>民商事司法协助专用章 |

# 深圳市宝安区人民法院
## 送 达 回 证

| | |
|---|---|
| 案 号 | （2026）粤 0306 协外送 46 号<br>（2026）粤协 482 号<br>（2026）最高法协外送 2554 号 |
| 案 由 | Sally Walsh 与深圳市极尽科技有限公司(Shenzhen Jijin Technology Co., Ltd.)知识产权权属、侵权纠纷 |
| 受送达人 | **深圳市极尽科技有限公司(Shenzhen Jijin Technology Co., Ltd.)** |
| 送达地址 | Room1004,JiahuaLingchuangPlaza,HaoxiangRoad,ShaqiCommunity,XinqiaoSubdistrict,Bao'anDistrict,Shenzh（广东省深圳市宝安区新桥街道沙企社区蚝乡路佳华领创广场 1004） |

| 送达文件 | 签发人 | 送达人 | 收到日期 | 受送达人签名或盖章 | 不能送达理由 |
|---|---|---|---|---|---|
| SummaryOfDocuments | | 张伟生<br>[signature] | 2026年10月12日 时 | | |
| request | | | | | |
| 1-S-Request for Service Abroad of Judicial or Extrajudicial Documents (Form USM-94) | | | | | |
| 1-T-Request for Service Abroad of Judicial or Extrajudicial Documents (Form USM-94) | | | | | |

18926794545.

| | | | | | |
|---|---|---|---|---|---|
| 2-S-Summons in a Civil Action (AO 440), with certified Chinese translation | | | | | |
| 2-T-Summons in a Civil Action (AO 440), with certified Chinese translation | | | | | |
| 3-S-Complaint with Schedule A (Dkt. Nos. 1-2), with certified Chinese translation | | | | | |
| 3-T-Complaint with Schedule A (Dkt. Nos. 1-2), with certified Chinese translation | | | | | |
| Transfer | | | | | |
| 备注 | | | | | |

注：(1)受送达人或者共同住成年家属拒绝接受诉讼文书的，由送达人在备注写明情况，把诉讼文书留在受送达人处，即视为送达。

(2)邮寄送达的，由受送达人收到所送达诉讼文书后，在送达回证上签收，并将本送达回证寄回本院。(邮寄地址：深圳市宝安区建安一路3号A栋10楼。邮编：518101)。

(3)代收诉讼文书的，由代收人签名或盖章，并注明其与受送达人的关系及代收理由。


TIC
太益国际中心
Hello
2026
HAPPY NEW YEAR
金馬送福
2026年
恭贺新春
HAPPY NEW YEAR
2026年


10F
TIC
太益国际中心
Taiyi International Center
1001 深圳市贝思佳科技有限公司
1002 深圳市洛帝欧科技有限公司
1003 深圳市双锦华科技有限公司
1004 深圳市极尽科技有限公司
1005 聚诚惠企(广东)能源科技有限公司
1006 深圳艾达特电子科技有限公司
楼层管家:李江华
管家电话:139 2849 4200
24h招商及物管热线:0755-27238688
1002
1003
1004
1001
1005
1006
禁止吸烟
NO SMOKING
消防疏散图
EMERGENCY ROUTE
火警电话:119
EMERGENCY PHONE : 119
In case of fire, please press the emergency button on the telephone. When a fire alarm goes off, it means there is a fire. Do not use the elevator. Use the emergency exits.
10
5


1004
TIC
TAIYI INTERNATIONAL CENTER
太益国际中心
社区网格化
平安千万家
HIKVISION
广东省深圳市宝安区人民法院
领取法律文书通知书
（2026）粤 0306 协外送 46 号
（2026）粤协 482 号
（2026）最高法协外送 2551 号


房屋编码
广场101




# 广东省深圳市宝安区人民法院
# 领取法律文书通知书

（2026）粤 0306 协外送 46 号

（2026）粤协 482 号

（2026）最高法协外送 2554 号

深圳市极尽科技有限公司：

根据司法协助的相关规定要求，经美国联邦伊利诺州北区地区法院委托，我院就“知识产权权属、侵权纠纷”一案向你（你单位）送达相关法律文书，现因无法与你（你单位）取得联系，无法将相关法律文书向你（你单位）直接送达，为维护你（你单位）的诉讼权利，现将领取相关法律文书事项告知如下：

一、你（你单位）须于 2026 年 10 月 26 日前到深圳市宝安区人民法院（宝安区建安一路 3 号）领取本案相关法律文书。

二、人民法院已经告知当事人领取法律文书的期间和地点的，当事人领取法律文书之日即为送达之日。

三、如因交通不便或其他原因要求邮寄送达法律文书的，当事人可告知人民法院。人民法院将按照当事人提供并确认的送达地址和收件人邮寄送达，邮寄送达的，当事人在邮件回执上注明收到之日即为