**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SALLY WALSH,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>Defendants. | Case No. 1:26-cv-06675<br><br>Judge Mary M. Rowland<br><br>Magistrate Judge Albert Berry, III |

**DECLARATION OF KEITH A. VOGT IN SUPPORT OF
PLAINTIFF'S RESPONSE IN OPPOSITION TO
DEFENDANT NOS. 7–9'S MOTION [48] AND MOTION TO STAY**

I, KEITH A. VOGT, declare as follows:

1. I am an attorney admitted to practice before this Court and counsel of record for Plaintiff Sally Walsh ("Plaintiff") in this action. I have personal knowledge of the facts stated in this declaration, which are based on my own actions and on documents gathered and maintained under my direction and supervision in the course of Plaintiff's investigation and prosecution of this matter, and if called as a witness, I could and would testify competently to them.

2. Defendant Nos. 7, 8, and 9 operate the e-commerce websites aomiss.com, funiya.com, and shelery.com. Their manager, Xinyu Zou, attests that the three websites and their connected PayPal account are owned by Shenzhen Jijin Technology Co., Ltd. [48-1] ¶ 2.

3. On March 24 and 25, 2026, at my direction, Plaintiff's investigator captured the storefronts of Defendant Nos. 7 aomiss.com, 8 funiya.com, and 9 shelery.com, including each storefront's listing for the "Women's Casual Dragonfly&Bird Printed Waistband Overall," its Contact Us page, its Terms of Use page, and its checkout page showing the overall in the cart with a Chicago, Illinois shipping address. Each listing offered the overall for $32.99 in "Picture 1" and

in six sizes, S, M, L, XL, 2XL, and 3XL, identified the product as SPU "WJU174474," and advertised discounts for multiple-unit purchases. True and correct copies of those captures are attached as **Exhibit A**.

4. On March 26, 2026, Plaintiff's investigator purchased the overall from each of Defendant Nos. 7 aomiss.com, 8 funiya.com, and 9 shelery.com for delivery to 1111 W. 35th Street, 15th Floor, Chicago, Illinois 60609-1404, and paid through PayPal. Each PayPal receipt identifies the seller as "Shenzhen Jijin Technology Co., Ltd." and the product as "Product ID: WJU174474-PT100S," and the receipts reflect totals of $41.63 (aomiss.com), $39.98 (funiya.com), and $39.98 (shelery.com). Those receipts were previously filed at [24-1] at 16, 18, and 20, and true and correct copies are included in Exhibit A following the captures of each storefront.

5. As captured, Defendant No. 7 aomiss.com's Contact Us page identified "Mgoat Technology Limited" at "RM03, 24/F, Ho King Comm CTR, 2-16 Fayuen ST(This is not a returning address)," and aomiss.com's Terms of Use page identified "Deyangmiaogengshenghuoyongpinguan" at an address in Deyang City, Sichuan Province, China, "(This is not a returning address)." The Terms of Use pages of Defendant Nos. 8 funiya.com and 9 shelery.com each identified "MICROS INNOVATION TECHNOLOGY LTD" at "Stockport Road, Manchester, England" with the notation "THIS IS NOT A RETURNING ADDRESS." The funiya.com Contact Us page listed the telephone number +86 18926794545. Exhibit A.

6. Pursuant to the expedited discovery authorized by the Court's June 8, 2026 order [18], PayPal, Inc. produced the account record for the PayPal account ending in 6227 associated with Defendant Nos. 7–9. That record identifies the account holder's business as 深圳市极尽科技有限公司 (Shenzhen Jijin Technology Co., Ltd.) with the credit-card statement name

"JIJINTECHNO"; lists the email addresses payment@geekimtech.com, support@geekimtech.com, and craboss.com@outlook.com; lists the telephone number 18926794545; lists four distinct addresses in the Bao'an and Longgang Districts of Shenzhen, entered between April 2022 and March 2026; identifies an active linked bank account at JPMorgan Chase Bank, N.A., with country "US"; and reports a USD balance of US$44,174.15. A true and correct copy of that record, converted to PDF from the CSV file in which PayPal produced it, is filed under seal as **Exhibit B**.

7. On August 7, 2026, my office emailed Plaintiff's preliminary-injunction motion and memorandum to the Defendants' email addresses, and on August 15, 2026, my office emailed the Court's minute order [42] requesting each Defendant's physical mailing address. On August 18, 2026, the address support@geekimtech.com, which appears on the PayPal record for Defendant Nos. 7–9, replied to my office's email transmitting the minute order, which quoted beneath it my office's August 7, 2026 email transmitting the preliminary-injunction motion, and stated that it acknowledged "receipt of your email and the court minute order in case 1:26-cv-06675" and was "arranging legal representation."

8. On November 11, 2026, Plaintiff's counsel emailed counsel for Defendant No. 12 and counsel for Defendant Nos. 7–9, attached a draft initial status report, and proposed holding the Rule 26(f) conference on November 12 or 13, 2026. Counsel for Defendant Nos. 7–9 responded that "[t]here is no obligation to conduct a Rule 26(f) conference at this time." After Plaintiff's counsel explained the obligations imposed by Federal Rules of Civil Procedure 16(b)(2), 26(d)(1), 26(f), and 37(f), counsel for Defendant Nos. 7–9 replied: "File a motion if you want a Rule 26(f) conference." No Rule 26(f) conference has been held with Defendant Nos. 7–9.

9. On March 24, 2026, at my direction, captures of the storefront of Defendant No. 6 yellowf.com were taken, including its listing for the "Women's Casual Dragonfly&Bird Printed Waistband Overall," the listing's product image, its Contact Us page, its Terms of Use page, and its checkout page showing the overall in the cart with a Chicago, Illinois shipping address. The listing offered the overall for $32.99 in "Picture 1" and in sizes S, M, L, XL, 2XL, and 3XL, using the same product photograph and the same multiple-unit discount tiers (5% for two items, 8% for three items, and 10% for four items) that appear on the listings of Defendant Nos. 7 aomiss.com and 9 shelery.com. The product image loaded from the image server img.fantaskycdn.com under the file name "ad278bb1a7e04f05aed792371d8a7e5c," the same server and file name as the product images on the listings of Defendant Nos. 8 funiya.com and 9 shelery.com; the aomiss.com listing used the same file name. The yellowf.com Terms of Use page identified "MICROS INNOVATION TECHNOLOGY LTD" at "Stockport Road, Manchester, England" with the notation "THIS IS NOT A RETURNING ADDRESS," the same operator, address, and notation that appear on the Terms of Use pages of funiya.com and shelery.com, and the remaining text of its Terms of Use matches theirs nearly word for word. The yellowf.com checkout page offered the same $6.99 standard and $9.99 expedited shipping options and the same $0.98 "Worry-Free Delivery" add-on that appear on the funiya.com and shelery.com checkout pages. True and correct copies of those captures are attached as **Exhibit C**.

10. On March 26, 2026, Plaintiff's investigator purchased the overall from Defendant No. 6 yellowf.com for delivery to 1111 W. 35th Street, 15th Floor, Chicago, Illinois 60609-1404, and paid through PayPal. The PayPal receipt identifies the seller as "Changsha Xingsha Ruisheng Billiards Club," lists the product as the "Women's Casual Dragonfly&Bird Printed Waistband Overall / Picture 1-S" with "Product ID: WJU174474-PT100S," and reflects $32.99 for the item,

$6.99 for shipping, and a total of $39.98, the same amounts reflected on the funiya.com and shelery.com receipts. That receipt was previously filed at [24-1] at 14, and a true and correct copy is included in Exhibit C following the captures.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 16, 2026.

*/s/ Keith A. Vogt*
Keith A. Vogt