# EXHIBIT B

FILED UNDER SEAL