**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SALLY WALSH,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>Defendants. | Case No. 1:26-cv-06675<br><br>Judge Mary M. Rowland<br><br>Magistrate Judge Albert Berry, III |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE EXHIBIT B**
**TO THE DECLARATION OF KEITH A. VOGT UNDER SEAL**

Plaintiff Sally Walsh ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Rule 26.2, moves for leave to file under seal Exhibit B to the Declaration of Keith A. Vogt in Support of Plaintiff's Response in Opposition to Defendant Nos. 7–9's Motion [48] and Motion to Stay (the "Vogt Declaration"). In support, Plaintiff states as follows:

Exhibit B is the account record that PayPal, Inc. produced for the PayPal account ending in 6227 associated with Defendant Nos. 7 aomiss.com, 8 funiya.com, and 9 shelery.com, pursuant to the expedited discovery this Court authorized on June 8, 2026. [18]. Plaintiff relies on the record to show the account holder's registered identity, contact information, addresses, linked U.S. bank account, and account balance. Vogt Decl. ¶ 6.

The record also contains the full PayPal account number and bank-account and routing information, together with the account holder's personal and business contact details. Rule 5.2(a)(4) limits a public filing to the last four digits of a financial-account number, and Rule 5.2(d) permits the Court to "order that a filing be made under seal without redaction." Fed. R. Civ. P. 5.2(a)(4), (d). Consistent with Local Rule 26.2, Plaintiff respectfully requests that Exhibit B be

filed under seal. All other materials will appear on the public docket, and Plaintiff will serve the sealed Exhibit B on counsel for Defendant Nos. 7–9 by email.

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file Exhibit B to the Vogt Declaration under seal, and that Exhibit B remain under seal until further order of the Court.

DATED: November 16, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 16, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record, and that a copy of the sealed Exhibit B was served by email on counsel for Defendant Nos. 7–9.

/s/ Keith A. Vogt
Keith A. Vogt