**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Sally Walsh

Plaintiff,

v.

Case No.: 1:26−cv−06675
Honorable Mary M. Rowland

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 19, 2026:

MINUTE entry before the Honorable Mary M. Rowland: Motion hearing held. Defendant's motion to vacate the preliminary injunction [48] is denied because the declarant made different representations about these three stores in another matter pending in this court. Plaintiff is to begin discovery by sending a subpoena to Paypal consistent with Rule 45 and by serving document requests and interrogatories on this defendant. Plaintiff is to serve this discovery by 12/7/26. In person status hearing set for 1/12/27 at 9:30 AM. This matter is referred to the assigned magistrate judge for settlement purposes. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.