**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Sally Walsh

Plaintiff,

v.

Case No.: 1:26−cv−06675

Honorable Mary M. Rowland

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

---

**ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE**

Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Albert Berry, III for the purpose of holding proceedings related to: settlement conference. (cc, )Mailed notice.

Dated: November 19, 2026

/s/ Mary M. Rowland

United States District Judge