**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SALLY WALSH,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No. 1:26-cv-06675<br><br>Hon. Mary M. Rowland |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
AND FOR EXTENSION OF TIME**

Attorney Jian Wang of The Law Office of X. Lyu, PLLC ("Counsel") respectfully moves pursuant to Local Rule 83.17 for leave to withdraw as counsel for Defendants aomiss.com, funiya.com, and shelery.com (collectively, "Defendants"), and for related extensions of time. In support, Counsel states as follows:

1. Counsel entered an appearance for Defendants on October 29, 2026. Dkt. 47.

2. Defendants have terminated their attorney-client relationship with Counsel and The Law Office of X. Lyu, PLLC and expressly instructed Counsel to withdraw from this action. Defendants have executed a written acknowledgment confirming their decision and consenting to Counsel's withdrawal. See Exhibit A.

3. Defendants have been advised that withdrawal requires Court approval, that business entities generally must be represented by licensed counsel in federal court, and that failure to retain substitute counsel or comply with Court orders and deadlines may result in serious adverse consequences, including default judgment. See Exhibit A.

4. Counsel is aware of the following outstanding matters:

a. Defendants' deadline to answer or otherwise respond to the Complaint is December 9, 2026. Dkt. 56.

b. The Court has identified differing representations made by the declarant concerning these three storefronts in another proceeding. Dkt. 57. Counsel has requested clarification from Defendants, but Defendants have declined to provide the necessary cooperation and have instead terminated the representation. Counsel is therefore unable to provide further factual clarification on Defendants' behalf at this time.

c. The Court has requested that Defendants file a Notification of Affiliates pursuant to Local Rule 3.2. Counsel has been unable to obtain sufficiently verified information from Defendants to complete the required disclosure.

d. The parties have been directed to submit proposed settlement conference dates by November 30, 2026. Dkt. 59. Plaintiff has also been directed to initiate discovery by December 7, 2026. Dkt. 57.

5. In light of Defendants' termination of the representation and refusal to provide further instructions and necessary information, Counsel respectfully submits that continued representation is no longer practicable.

6. Counsel respectfully requests that Defendants be afforded thirty (30) days from entry of the withdrawal order to retain substitute counsel, and that the outstanding deadlines applicable to Defendants, including the responsive pleading, Local Rule 3.2 disclosure, settlement scheduling, and any applicable discovery-response deadlines, be extended until fourteen (14) days

after substitute counsel appears, but no later than forty-five (45) days following entry of the withdrawal order, or such other dates as the Court deems appropriate.

7. Counsel will promptly notify Defendants of any order granting withdrawal and all outstanding obligations. The required Notification of Party Contact Information is submitted as Exhibit B pursuant to Local Rule 83.17.

8. Defendants have expressly consented to Counsel's withdrawal. Counsel respectfully requests that withdrawal become effective upon entry of the Court's order and that subsequent notices be directed to Defendants through the contact information provided in Exhibit B.

**WHEREFORE**, Counsel respectfully requests that the Court grant leave to withdraw as counsel for Defendants aomiss.com, funiya.com, and shelery.com, grant the requested extensions of time to permit substitution of counsel, and award such other relief as the Court deems just and proper.

Respectfully submitted,

/s/ Jian Wang

Jian Wang
The Law Office of X. Lyu, PLLC
3636 Prince St., Ste 309A
Flushing, NY 11354
Telephone: (347) 966-1976
Email: Jwang@lyulawpllc.com

**CERTIFICATE OF SERVICE**

I certify that on November 20, 2026, I electronically filed the foregoing motion through the Court's CM/ECF system and served a copy upon Defendants through their authorized representative by email.

/s/ Jian Wang
Jian Wang