**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SALLY WALSH,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>Defendants. | Case No. 1:26-cv-06675<br><br>Judge Mary M. Rowland<br><br>Magistrate Judge Albert Berry, III |

**PLAINTIFF'S RESPONSE TO MOTION FOR LEAVE TO WITHDRAW AS COUNSEL AND FOR EXTENSION OF TIME [61]**

Plaintiff Sally Walsh ("Plaintiff") responds to the Motion for Leave to Withdraw as Counsel and for Extension of Time [61] filed by counsel for Defendant Nos. 7–9, aomiss.com, funiya.com, and shelery.com ("Defendants"). Plaintiff does not oppose counsel's request to withdraw. Plaintiff respectfully requests that the Court keep the existing deadlines in place and include the following provisions in any order permitting withdrawal: (1) the Preliminary Injunction Order remains in full force and effect as to Defendants; (2) Defendants shall retain substitute counsel, who shall file an appearance within thirty (30) calendar days, and if no appearance is filed within that time, any pending motion filed on Defendants' behalf will be stricken, Defendants will be held in default, and Plaintiff may move for default judgment; (3) Defendants' remaining deadlines are not extended, without prejudice to substitute counsel seeking additional time for good cause after appearing; and (4) Plaintiff may serve papers on Defendants, including the discovery directed by the Court's November 19, 2026 order [57], by email to the address in the Notification of Party Contact Information [61-2]. In support, Plaintiff states as follows:

1. On November 19, 2026, the Court denied Defendants' motion to vacate the preliminary injunction [48] "because the declarant made different representations about these three stores in another matter pending in this court," and directed Plaintiff to serve document requests and interrogatories on Defendants by December 7, 2026. [57]. The next day, counsel moved to withdraw, stating that Defendants "declined to provide the necessary cooperation and have instead terminated the representation." [61] ¶ 4(b).

2. Counsel asks that every deadline applicable to Defendants, including their response to the Complaint, their Local Rule 3.2 disclosure, and their discovery responses, be extended until fourteen days after substitute counsel appears, and up to forty-five days after the withdrawal order. [61] ¶ 6. Defendants chose to end the representation. That choice should not delay the discovery the Court ordered after finding that Defendants' declarant made inconsistent representations to this Court.

3. Defendants are three storefronts that, according to their own filings, are operated by a single company, Shenzhen Jijing Technology Co., Ltd. [61-2]. As counsel's motion and Defendants' own acknowledgment state, they cannot appear in this Court without counsel. [61] ¶ 3; [61-1] ¶ 4. Defendants have supplied an email address, peterzou2024@gmail.com, for future notices. [61-2].

WHEREFORE, Plaintiff respectfully requests that any order granting the Motion [61]: (a) state that the Preliminary Injunction Order remains in full force and effect as to Defendants; (b) require substitute counsel for Defendants to file an appearance within thirty (30) calendar days of the order; (c) deny the requested extensions of Defendants' other deadlines, without prejudice to substitute counsel seeking relief for good cause after appearing; (d) authorize Plaintiff to serve discovery directed by the Court's November 19, 2026 order [57], by email to the email address,

peterzou2024@gmail.com, in the Notification of Party Contact Information [61-2]; and (e) order that, if no counsel appears for Defendants within thirty (30) calendar days, any pending motion filed on Defendants' behalf will be stricken, Defendants will be held in default, and Plaintiff may move for entry of default judgment against them.

DATED: November 20, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 20, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ Keith A. Vogt
Keith A. Vogt