**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Sally Walsh

Plaintiff,

v.

Case No.: 1:26−cv−06675
Honorable Mary M. Rowland

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 24, 2026:

MINUTE entry before the Honorable Mary M. Rowland: The Court is frustrated that Defendants are terminating their relationship with counsel. The Court has referred this matter to the magistrate judge for settlement and ordered the parties to promptly conduct significant and important discovery. The Court is concerned that the Mr. Zhou is playing games with the Court. Such conduct is sanctionable. Counsel's motion to withdraw [61] is granted. The three defendants at issue (aomiss.com, funiya.com, shelery.com) are given until 12/9/26 to have substitute counsel file an appearance and to answer the complaint. NO EXTENSIONS WILL BE GRANTED. If these defendants do not appear through counsel by 12/9/26 they will be in default. They are not permitted to appear pro se. The discovery ordered at docket [57] may proceed. Plaintiff may serve papers by email. The preliminary injunction remains in effect. Settlement discussions shall proceed as to defendant hippiesale.com. Settlement discussions may proceed as to aomiss.com, funiya.com, shelery.com if the parties and Judge Berry agree those discussions would be productive. Plaintiff is to file a status report as to these three defendants by 12/21/26. Plaintiff's motion to file excess pages [31] is denied as moot. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.